UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RD-6665

DANIEL WIRSHUP,

                PLAINTIFF,

**NOTICE OF MOTION**

-AGAINST-

**CV05-4086 (ERK)(ARL)**

SUFFOLK COUNTY POLICE DEPARTMENT; THOMAS J. SPOTA; SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE; ASSISTANT DISTRICT ATTORNEYS JANE AND JOHN DOES "1"-"5," KEVIN WARD, JOHN SCOTT PRUDENTI, AND CHRISTOPHER NICCOLINO; DETECTIVES/POLICE OFFICERS TOM ICAPELLI, ROBERT AMATO, RAYMOND FELICE AND JOHN AND JANE DOES "1"-"5," AND THE COUNTY OF SUFFOLK,

                Defendants.

PLEASE TAKE NOTICE, that upon the annexed Affirmation of Richard T. Dunne, Assistant County Attorney, and upon the accompanying Memorandum of Law herein, and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable Edward R. Korman, U.S.D.J., at the Brooklyn Courthouse, located at 225 Cadman Plaza, Brooklyn, New York, for judgment on the pleadings pursuant to Rule 56 dismissing the complaint.

Dated: Hauppauge, New York
       October 31, 2007

Yours,

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY
Attorney for Defendants
H. Lee Dennison Building
P.O. Box 6100
Hauppauge, New York  11788-0099

_____
By:   Richard T. Dunne/RD-6665
      Assistant County Attorney

To:
Bruce A. Barkett, Esq.
Attorney for Plaintiff
Law Offices of Bruce A. Barkett, P.C.
666 Old Country Road, Suite 600
Garden City, NY 11530