STATE OF NEW YORK: COUNTY OF SUFFOLK
COUNTY COURT : SUFFOLK COUNTY
------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK,    COURT CASE NUMBERS:

    -against-

STEPHEN H. MILVID, and
DEBUT CONSTRUCTION, INC.,
a/k/a "DEBUT CONCRETE & GENERAL
CONSTRUCTION, INC.", a/k/a "DEBUT
CONCRETE", a/k/a "DEBUT CONCRETE
CONSTRUCTION CO. INC.",



I-567A-03 → 3/6/03
I-567B-03

              Defendants.
------------------------------------------------------------x

|    |              |                                                           |
|----|--------------|-----------------------------------------------------------|
|    | COUNT ONE:   | GRAND LARCENY IN THE SECOND DEGREE P.L. §155.40(1)        |
| DN | COUNT TWO    | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT THREE: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT FOUR:  | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT FIVE:  | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT SIX:   | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT SEVEN: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT EIGHT: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT NINE:  | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |

| | | |
|---|---|---|
| DN | COUNT TEN: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT ELEVEN: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT TWELVE: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT THIRTEEN: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT FOURTEEN: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT FIFTEEN: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT SIXTEEN: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT SEVENTEEN: | FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10 |
| DN | COUNT EIGHTEEN: | OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE P.L. §175.35 |
| DN | COUNT NINETEEN: | OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE P.L. §175.35 |
| DN | COUNT TWENTY: | OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE P.L. §175.35 |
| DN | COUNT TWENTY-ONE: | OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE P.L. §175.35 |
| DN | COUNT TWENTY-TWO: | OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE P.L. §175.35 |
| DN | COUNT TWENTY-THREE: | OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE |

DN   COUNT TWENTY-FOUR:  P.L. §175.35
                         OFFERING A FALSE INSTRUMENT FOR
                         FILING IN THE FIRST DEGREE
                         P.L. §175.35

DN   COUNT TWENTY-FIVE:  OFFERING A FALSE INSTRUMENT FOR
                         FILING IN THE FIRST DEGREE
                         P.L. §175.35

DN   COUNT TWENTY-SIX:   OFFERING A FALSE INSTRUMENT FOR
                         FILING IN THE FIRST DEGREE
                         P.L. §175.35

DN   COUNT TWENTY-SEVEN: OFFERING A FALSE INSTRUMENT FOR
                         FILING IN THE FIRST DEGREE
                         P.L. §175.35

DN   COUNT TWENTY-EIGHT: OFFERING A FALSE INSTRUMENT FOR
                         FILING IN THE FIRST DEGREE
                         P.L. §175.35

DN   COUNT TWENTY-NINE:  OFFERING A FALSE INSTRUMENT FOR
                         FILING IN THE FIRST DEGREE
                         P.L. §175.35

DN   COUNT THIRTY:       OFFERING A FALSE INSTRUMENT FOR
                         FILING IN THE FIRST DEGREE
                         P.L. §175.35

DN   COUNT THIRTY-ONE:   OFFERING A FALSE INSTRUMENT FOR
                         FILING IN THE FIRST DEGREE
                         P.L. §175.35

_____

JEAN MCINTOSH
FOREPERSON
                                        THOMAS J. SPOTA
                                        DISTRICT ATTORNEY
                                        SUFFOLK COUNTY
_____

CHRISTOPHER ALLEN
ASSISTANT FOREPERSON

JANUARY 13, 2003 – JUNE 30, 2003
SPECIAL GRAND JURY
TERM 1

## COUNT ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of GRAND LARCENY IN THE SECOND DEGREE in violation of Section 155.40(1) of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about and between June 28, 2001 and December 6, 2001, in Suffolk County stole certain property, namely U.S. Currency from the Town of Brookhaven, having a value of more than Fifty Thousand Dollars ($50,000.00).

COUNT TWO

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about June 28, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 603" in the name of "Debut Concrete" dated June 28, 2001 (a copy of which is attached as Exhibit "2"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT THREE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 17, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 603A" in the name of "Debut Concrete" dated August 17, 2001 (a copy of which is attached as Exhibit "3"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

COUNT FOUR

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 21, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 603B" in the name of "Debut Concrete" dated August 21, 2001 (a copy of which is attached as Exhibit "4"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT FIVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 29, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 618" in the name of "Debut Concrete" dated August 29, 2001 (a copy of which is attached as Exhibit "5"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT SIX

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 29, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 619" in the name of "Debut Concrete" dated August 29, 2001 (a copy of which is attached as Exhibit "6"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 28, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 620" in the name of "Debut Concrete" dated August 28, 2001 (a copy of which is attached as Exhibit "7"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

COUNT EIGHT

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about September 26, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 626" in the name of "Debut Concrete" dated September 26, 2001 (a copy of which is attached as Exhibit "8"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT NINE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about September 26, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 627" in the name of "Debut Concrete" dated September 26, 2001 (a copy of which is attached as Exhibit "9"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

COUNT TEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about September 26, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 628" in the name of "Debut Concrete" dated September 26, 2001 (a copy of which is attached as Exhibit "10"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT ELEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about November 15, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 672" in the name of "Debut Concrete" dated November 15, 2001 (a copy of which is attached as Exhibit "11"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

COUNT TWELVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 5, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 684" in the name of "Debut Concrete" dated December 5, 2001 (a copy of which is attached as Exhibit "12"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT THIRTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 5, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 686" in the name of "Debut Concrete" dated December 5, 2001 (a copy of which is attached as Exhibit "13"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT FOURTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 5, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 686" in the name of "Debut Concrete" dated December 6, 2001 (a copy of which is attached as Exhibit "14"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT FIFTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 5, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 687" in the name of "Debut Concrete" dated December 5, 2001 (a copy of which is attached as Exhibit "15"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

COUNT SIXTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 6, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 689" in the name of "Debut Concrete" dated December 6, 2001 (a copy of which is attached as Exhibit "16"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT SEVENTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 6, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 691" in the name of "Debut Concrete" dated December 6, 2001 (a copy of which is attached as Exhibit "17"), and wherein their intent to defraud included an intent to commit another crime, namely Grand Larceny in the Second Degree.

## COUNT EIGHTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about June 28, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher -- Brookhaven Town," number 153629. *See* Voucher Number 153629 attached as Exhibit "18".

## COUNT NINETEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 17, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153892. *See* Voucher Number 153892 attached as Exhibit "19".

## COUNT TWENTY

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 21, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153874. *See* Voucher Number 153874 attached as Exhibit "20".

## COUNT TWENTY-ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 29, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153891. *See* Voucher Number 153891 attached as Exhibit "21".

## COUNT TWENTY-TWO

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 29, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153873. *See* Voucher Number 153873 attached as Exhibit "22".

## COUNT TWENTY-THREE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about August 28, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153872. *See* Voucher Number 153872 attached as Exhibit "23".

## COUNT TWENTY-FOUR

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about September 26, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154068. *See* Voucher Number 154068 attached as Exhibit "24".

COUNT TWENTY-FIVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about November 15, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154778. *See* Voucher Number 154778 attached as Exhibit "25".

COUNT TWENTY-SIX

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 5, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154775. *See* Voucher Number 154775 attached as Exhibit "26".

## COUNT TWENTY-SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 5, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154776. *See* Voucher Number 154776 attached as Exhibit "27".

## COUNT TWENTY-EIGHT

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 5, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154820. *See* Voucher Number 154820 attached as Exhibit "28".

## COUNT TWENTY-NINE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 5, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154777. *See* Voucher Number 154777 attached as Exhibit "29".

COUNT THIRTY

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 6, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154774. *See* Voucher Number 154774 attached as Exhibit "30".

## COUNT THIRTY-ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, STEPHEN H. MILVID, and DEBUT CONSTRUCTION, INC., a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC.", a/k/a "DEBUT CONCRETE", a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, each acting in concert with the other and others, on or about December 6, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154773. *See* Voucher Number 154773 attached as Exhibit "31".