STATE OF NEW YORK: COUNTY OF SUFFOLK
COUNTY COURT: SUFFOLK COUNTY
-----------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK,

    -against-

PATRICIA STREBEL, STEPHEN H. MILVID,
DEBUT CONCRETE CONSTRUCTION
INC. a/k/a "DEBUT CONSTRUCTION,
INC." a/k/a "DEBUT CONCRETE & GENERAL
CONSTRUCTION, INC." a/k/a "DEBUT
CONCRETE" a/k/a "DEBUT CONSTRUCTION
CO. INC.," DANIEL WIRSHUP,
And FLORINDO FERRIERA,

                        Defendants.
-----------------------------------------------------------------x

INDICTMENT
NUMBERS: _____

I-1225A-03
I-1225B-03 (S-567A-03)
I-1225C-03 (S-567B-03)
I-1225D-03
I-1225E-03

| DN* | COUNT ONE: | GRAND LARCENY IN THE SECOND DEGREE P.L. §155.40(1) (AS TO STREBEL, MILVID AND DEBUT) |
|---|---|---|
| DN | COUNT TWO: | CONSPIRACY IN THE FOURTH DEGREE P.L. §105.10(1) (AS TO STREBEL AND MILVID) |
| DN | COUNT THREE: | GRAND LARCENY IN THE SECOND DEGREE P.L. §155.40(1) (AS TO STREBEL, MILVID AND DEBUT) |
| DN | COUNT FOUR: | GRAND LARCENY IN THE SECOND DEGREE P.L. §155.40(1) (AS TO MILVID, FERREIRA AND DEBUT) |
| DN | COUNT FIVE: | PERJURY IN THE FIRST DEGREE P.L. §210.15 (AS TO STREBEL) |
| DN | COUNT SIX: | CONSPIRACY TO PREVENT PUBLIC BIDDING ON A PUBLIC CONTRACT G.M.L. §103-e(1) (AS TO STREBEL AND MILVID) |

DN*  COUNT SEVEN:       FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT EIGHT:       FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT NINE:        FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT TEN:         FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT ELEVEN:      FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT TWELVE:      FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT THIRTEEN:    FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT FOURTEEN:    FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT FIFTEEN:     FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT SIXTEEN:     FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT SEVENTEEN:   FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*  COUNT EIGHTEEN:    FALSIFYING BUSINESS RECORDS IN THE
                        FIRST DEGREE P.L. §175.10
                        (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT NINETEEN:        FALSIFYING BUSINESS RECORDS IN THE
                               FIRST DEGREE P.L. §175.10
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT TWENTY:          FALSIFYING BUSINESS RECORDS IN THE
                               FIRST DEGREE P.L. §175.10
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT TWENTY-ONE:      FALSIFYING BUSINESS RECORDS IN THE
                               FIRST DEGREE P.L. §175.10
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT TWENTY-TWO:      FALSIFYING BUSINESS RECORDS IN THE
                               FIRST DEGREE P.L. §175.10
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT TWENTY-THREE:    OFFERING A FALSE INSTRUMENT FOR
                               FILING IN THE FIRST DEGREE
                               P.L. §175.35
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT TWENTY-FOUR:     OFFERING A FALSE INSTRUMENT FOR
                               FILING IN THE FIRST DEGREE
                               P.L. §175.35
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT TWENTY-FIVE:     OFFERING A FALSE INSTRUMENT FOR
                               FILING IN THE FIRST DEGREE
                               P.L. §175.35
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT TWENTY-SIX:      OFFERING A FALSE INSTRUMENT FOR
                               FILING IN THE FIRST DEGREE
                               P.L. §175.35
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT TWENTY-SEVEN:    OFFERING A FALSE INSTRUMENT FOR
                               FILING IN THE FIRST DEGREE
                               P.L. §175.35
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*     COUNT TWENTY-EIGHT:    OFFERING A FALSE INSTRUMENT FOR
                               FILING IN THE FIRST DEGREE
                               P.L. §175.35
                               (AS TO STREBEL, MILVID AND DEBUT)

DN*   COUNT TWENTY-NINE:   OFFERING A FALSE INSTRUMENT FOR
FILING IN THE FIRST DEGREE
P.L. §175.35
(AS TO STREBEL, MILVID AND DEBUT)

DN*   COUNT THIRTY:   OFFERING A FALSE INSTRUMENT FOR
FILING IN THE FIRST DEGREE
P.L. §175.35
(AS TO STREBEL, MILVID AND DEBUT)

DN*   COUNT THIRTY-ONE:   OFFERING A FALSE INSTRUMENT FOR
FILING IN THE FIRST DEGREE
P.L. §175.35
(AS TO STREBEL, MILVID AND DEBUT)

DN*   COUNT THIRTY-TWO:   OFFERING A FALSE INSTRUMENT FOR
FILING IN THE FIRST DEGREE
P.L. §175.35
(AS TO STREBEL, MILVID AND DEBUT)

DN*   COUNT THIRTY-THREE:   OFFERING A FALSE INSTRUMENT FOR
FILING IN THE FIRST DEGREE
P.L. §175.35
(AS TO STREBEL, MILVID AND DEBUT)

DN*   COUNT THIRTY-FOUR:   OFFERING A FALSE INSTRUMENT FOR
FILING IN THE FIRST DEGREE
P.L. §175.35
(AS TO STREBEL, MILVID AND DEBUT)

DN*   COUNT THIRTY-FIVE:   OFFERING A FALSE INSTRUMENT FOR
FILING IN THE FIRST DEGREE
P.L. §175.35
(AS TO STREBEL, MILVID AND DEBUT)

DN*   COUNT THIRTY-SIX:   OFFERING A FALSE INSTRUMENT FOR
FILING IN THE FIRST DEGREE
P.L. §175.35
(AS TO STREBEL, MILVID AND DEBUT)

DN   COUNT THIRTY-SEVEN:   OFFICIAL MISCONDUCT P.L. §195.00(1)
(AS TO STREBEL)

DN   COUNT THIRTY-EIGHT:   OFFICIAL MISCONDUCT P.L. §195.00(2)
(AS TO STREBEL)

DN   COUNT THIRTY-NINE:   OFFICIAL MISCONDUCT P.L. §195.00(1)
(AS TO STREBEL)

| | | |
|---|---|---|
| DN | COUNT FORTY: | OFFICIAL MISCONDUCT P.L. §195.00(2)<br>(AS TO STREBEL) |
| DN | COUNT FORTY-ONE: | POLITICAL CONTRIBUTION IN EXCESS OF<br>APPLICABLE LIMIT E.L. §14-116(2)<br>(AS TO MILVID AND DEBUT) |
| DN | COUNT FORTY-TWO: | POLITICAL CONTRIBUTION IN EXCESS OF<br>APPLICABLE LIMIT E.L. §14-116(2)<br>(AS TO MILVID AND DEBUT) |
| DN | COUNT FORTY-THREE: | CONTRIBUTION NOT UNDER TRUE NAME<br>OF CONTRIBUTOR E.L. §14-120(1)<br>(AS TO MILVID) |
| DN | COUNT FORTY-FOUR: | CONTRIBUTION NOT UNDER TRUE NAME<br>OF CONTRIBUTOR E.L. §14-120(1)<br>(AS TO MILVID) |
| DN | COUNT FORTY-FIVE: | CONTRIBUTION NOT UNDER TRUE NAME<br>OF CONTRIBUTOR E.L. §14-120(1)<br>(AS TO MILVID) |
| DN | COUNT FORTY-SIX: | CONTRIBUTION NOT UNDER TRUE NAME<br>OF CONTRIBUTOR E.L. §14-120(1)<br>(AS TO MILVID) |
| DN | COUNT FORTY-SEVEN: | CONTRIBUTION NOT UNDER TRUE NAME<br>OF CONTRIBUTOR E.L. §14-120(1)<br>(AS TO MILVID) |
| DN | COUNT FORTY-EIGHT: | CONTRIBUTION NOT UNDER TRUE NAME<br>OF CONTRIBUTOR E.L. §14-120(1)<br>(AS TO MILVID) |
| DN | COUNT FORTY-NINE: | GRAND LARCENY IN THE THIRD DEGREE<br>P.L. §155.35<br>(AS TO MILVID AND DEBUT) |
| DN | COUNT FIFTY: | SCHEME TO DEFRAUD IN THE FIRST<br>DEGREE P.L. §190.65(1)(a)<br>(AS TO MILVID, DEBUT AND WIRSHUP) |
| DN | COUNT FIFTY-ONE: | OFFICIAL MISCONDUCT P.L. §195.00(1)<br>(AS TO WIRSHUP) |

DN COUNT FIFTY-TWO: OFFICIAL MISCONDUCT P.L. §195.00(2)
(AS TO WIRSHUP)

DN COUNT FIFTY-THREE: SCHEME TO DEFRAUD IN THE FIRST
DEGREE P.L. §190.65(1)(a)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT FIFTY-FOUR: SCHEME TO DEFRAUD IN THE FIRST
DEGREE P.L. §190.65(1)(b)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT FIFTY-FIVE: SCHEME TO DEFRAUD IN THE FIRST
DEGREE P.L. §190.65(1)(a)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT FIFTY-SIX: SCHEME TO DEFRAUD IN THE FIRST
DEGREE P.L. §190.65(1)(b)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT FIFTY-SEVEN: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT FIFTY-EIGHT: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT FIFTY-NINE: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY-ONE: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY-TWO: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY-THREE: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY-FOUR: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY-FIVE: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY-SIX: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY-SEVEN: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY-EIGHT: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SIXTY-NINE: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SEVENTY: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SEVENTY-ONE: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SEVENTY-TWO: WILFUL FAILURE TO PAY PREVAILING
WAGES AND SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SEVENTY-THREE: WILFUL FAILURE TO PAY
PREVAILING WAGES AND
SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN COUNT SEVENTY-FOUR: WILFUL FAILURE TO PAY
PREVAILING WAGES AND
SUPPLEMENTS L.L. §220(3)
(AS TO MILVID, DEBUT AND FERREIRA)

DN    COUNT SEVENTY-FIVE:    OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE P.L. §175.35
(AS TO MILVID AND DEBUT)

DN    COUNT SEVENTY-SIX:    OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE P.L. §175.35
(AS TO MILVID AND DEBUT)

DN    COUNT SEVENTY-SEVEN:    OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE P.L. §175.35
(AS TO MILVID AND DEBUT)

DN    COUNT SEVENTY-EIGHT:    OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE P.L. §175.35
(AS TO MILVID AND DEBUT)

DN    COUNT SEVENTY-NINE:    FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10
(AS TO MILVID AND DEBUT)

DN    COUNT EIGHTY:    FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE P.L. §175.10
(AS TO MILVID AND DEBUT)

* INDICATES THAT SUPERCEDING COUNT AS TO MILVID AND DEBUT IS DE NOVO AS TO DEFENDANT PATRICIA STREBEL


_____                    _____
JEAN MCINTOSH                                    THOMAS J. SPOTA
FOREPERSON                                       DISTRICT ATTORNEY
                                                 SUFFOLK COUNTY


JANUARY 13, 2003 – JUNE 30, 2003
SPECIAL GRAND JURY
TERM 1

## COUNT ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of GRAND LARCENY IN THE SECOND DEGREE in violation of Section 155.40(1) of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between June 28, 2001 and December 6, 2001, in Suffolk County stole certain property, namely U.S. currency from the Town of Brookhaven, having a value of more than fifty thousand dollars ($50,000.00).

## COUNT TWO

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants PATRICIA STREBEL and STEPHEN H. MILVID of the crime of CONSPIRACY IN THE FOURTH DEGREE, in violation of Section 105.10(1) of the New York State Penal Law, committed as follows:

The defendants STEPHEN H. MILVID and PATRICIA STREBEL, acting in concert with each other, on or about and between August 1, 2000 through October 30, 2002, in Suffolk County, did, with intent that conduct constituting a Class C felony be performed, agree with one or more persons to engage in or cause the performance of such conduct, to wit, the defendants did agree with each other to engage in or cause the performance of conduct constituting the crime of GRAND LARCENY IN THE SECOND DEGREE.

## INTRODUCTION

A.    At all times relevant to the Conspiracy alleged, the Town of Brookhaven was a municipal entity situated wholly within the County of Suffolk and organized under the laws of the State of New York.

B.    At all times relevant to the Conspiracy alleged, defendant PATRICIA STREBEL was a public official within the Town of Brookhaven, occupying the position of either "Councilwoman" or the position of "Superintendent of Highways."

C.    At all times relevant to the Conspiracy alleged, the Superintendent of Highways within the Town of Brookhaven was an elected position, serving a

two-year term and having overall responsibility for the creation and maintenance of roads, sidewalks, curbs and driveway aprons within the Town of Brookhaven with a separate budget provided for that purpose.

D.   At all times relevant to the Conspiracy alleged, DEBUT CONCRETE CONSTRUCTION INC. (hereinafter "DEBUT CONCRETE, INC.") was a corporation duly formed under the laws of the State of New York and also known as "DEBUT CONCRETE & GENERAL CONSTRUCTION INC.," "DEBUT CONSTRUCTION, INC.," "DEBUT CONCRETE" and "DEBUT CONSTRUCTION CO. INC.,"

E.   At all times relevant to the Conspiracy alleged, the defendant STEPHEN H. MILVID was the co-owner of the defendant DEBUT CONCRETE, INC., holding the position of President within that corporation and exercising responsibility for financial oversight, expenditures and billing for the corporation.

F.   At all times relevant to the Conspiracy alleged, the Town of Brookhaven awarded a recurring contract for the provision of concrete structures within the Town (hereinafter the "sidewalk/curb/apron contract" or "contract") which had an approximate value of $500,000.00 and which encompassed work consisting of the repair and replacement of existing concrete sidewalks, curbs and aprons, as well as the construction of new sidewalks, curbs and aprons.

G.   On or about June 4, 1996, the defendants STEPHEN H. MILVID and DEBUT CONCRETE, INC. submitted a bid for, and won, the Town of Brookhaven contract to furnish and install curbing & sidewalk town-wide, which work was performed in and around the Town of Brookhaven. This contract was

for a period of one year, with an option to renew for an additional year, and the Town of Brookhaven did in fact renew the contract. At the time of the award and renewal defendant PATRICIA STREBEL was a councilwoman in and for the Town of Brookhaven.

H.    On or about August 19, 1998, the defendants STEPHEN H. MILVID and DEBUT CONCRETE, INC. bid on the Town of Brookhaven contract to furnish and install curbing & sidewalk town-wide for a period of one year, with an option to renew for an additional year. Said contract was ultimately awarded to ARG Concrete, the low bidder, but was not renewed by the Town of Brookhaven after the expiration of the contract's original term.

I.    On or about January 18, 2001, the defendant PATRICIA STREBEL, acting through the Town of Brookhaven Highway Department, did not renew the then-existing sidewalk/curb/apron contract held by ARG Concrete and instead requested that a new contract for sidewalk/curb/apron be put out for submission of bids.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of said Conspiracy and aiding in the commission thereof, the following overt acts are alleged:

1.    On or about and between September 1, 2000 and February 23, 2001 the defendants STEPHEN H. MILVID and PATRICIA STREBEL did discuss the upcoming 2001 - 2002 Town of Brookhaven contract to furnish and install

curbing & sidewalk town-wide and/or the work that would be requested under the contract.

2.     On or about February 23, 2001, the defendant STEPHEN H. MILVID did submit a bid in connection with the Town of Brookhaven sidewalk/curb/apron contract.

3.     The bid submitted by defendant STEPHEN H. MILVID did contain proposed prices for certain items within the contract that were substantially below market value for those items.

4.     On or about March 28, 2001, the defendant PATRICIA STREBEL did sponsor a resolution before the Town Board of the Town of Brookhaven seeking to award the sidewalk/curb/apron contract to the defendants STEPHEN H. MILVID and DEBUT CONCRETE, INC.

5.     On or about and between February 26, 2001 and August 7, 2001 the defendants, STEPHEN H. MILVID and PATRICIA STREBEL, met at the offices of the Town of Brookhaven Highway Department located on Old Town Road, Coram, New York.

6.     On or about and between February 26, 2001 and August 7, 2001, at a meeting at the offices of the Town of Brookhaven Highway Department located on Old Town Road, Coram, New York, the defendant, STEPHEN H. MILVID, agreed with defendant PATRICIA STREBEL to submit false invoices containing inflated measurements of work performed by defendant DEBUT CONCRETE, INC., to the Town of Brookhaven through its Highway Department.

7. On or about and between February 26, 2001 and August 7, 2001, at a meeting at the offices of the Town of Brookhaven Highway Department located on Old Town Road, Coram, New York, the defendant, PATRICIA STREBEL, agreed to allow the defendant STEPHEN H. MILVID, to submit false invoices containing inflated measurements of work performed by defendant DEBUT CONCRETE, INC., to the Town of Brookhaven through its Highway Department.

8. On or about and between February 26, 2001 and August 7, 2001, at a meeting at the offices of the Town of Brookhaven Highway Department located on Old Town Road, Coram, New York, the defendant, STEPHEN H. MILVID, agreed with defendant PATRICIA STREBEL, to submit false Highway Department Claim Vouchers containing inflated measurements of work performed by defendant DEBUT CONCRETE, INC., to the Town of Brookhaven through its Highway Department.

9. On or about and between February 26, 2001 and August 7, 2001, at a meeting at the offices of the Town of Brookhaven Highway Department located on Old Town Road, Coram, New York, the defendant, PATRICIA STREBEL, agreed to allow the defendant STEPHEN H. MILVID, to submit false Highway Department Claim Vouchers containing inflated measurements of work performed by defendant DEBUT CONCRETE, INC., to the Town of Brookhaven through its Highway Department.

10. On or about and between February 26, 2001 and August 7, 2001, at a meeting at the offices of the Town of Brookhaven Highway Department

located on Old Town Road, Coram, New York, the defendant, STEPHEN H. MILVID, agreed with defendant PATRICIA STREBEL, to submit false Purchase Orders containing inflated measurements of work performed by defendant DEBUT CONCRETE, INC., to the Town of Brookhaven through its Highway Department.

11.    On or about and between February 26, 2001 and August 7, 2001, at a meeting at the offices of the Town of Brookhaven Highway Department located on Old Town Road, Coram, New York, the defendant, PATRICIA STREBEL, agreed to allow the defendant STEPHEN H. MILVID, to submit false Purchase Orders containing inflated measurements of work performed by defendant DEBUT CONCRETE, INC., to the Town of Brookhaven through its Highway Department.

12.    On or about December 27, 2000, the defendant, PATRICIA STREBEL, began a political campaign for the position of Town of Brookhaven Highway Superintendent for an election that was held in November of 2001 and was thereafter elected to that position for a two-year term commencing on or about January 1, 2002.

13.    On or about and between August 9, 2001 and October 9, 2001, in exchange for PATRICIA STREBEL allowing defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID contributed three thousand dollars ($3000.00) in the name

of DEBUT CONCRETE, INC., to the political campaign of defendant PATRICIA STREBEL.

14. In 2001, after defendant PATRICIA STREBEL allowed defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant DEBUT CONCRETE, INC., through its president, STEPHEN H. MILVID, contributed over thirteen thousand dollars ($13,000.00) to various political campaigns in Suffolk County.

15. On or about and between March 22, 2002 and August 26, 2002, defendant STEPHEN H. MILVID contributed two thousand, three hundred dollars ($2300.00) in the name of DEBUT CONCRETE, INC., to the political campaign of defendant PATRICIA STREBEL.

16. In 2002, after defendant PATRICIA STREBEL allowed defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendants STEPHEN H. MILVID and DEBUT CONCRETE, INC. contributed over eleven thousand dollars ($11,000.00) to various political campaigns in Suffolk County, which included contributions made in the names of other people in violation of New York State Election Law section 14-120(1).

17. On or about and between March 22, 2002 and April 3, 2002, in exchange for PATRICIA STREBEL allowing defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID entered into an agreement with Thomas Antorino whereby Thomas Antorino would make contributions to the campaign of defendant PATRICIA STREBEL, and defendant STEPHEN H. MILVID would reimburse Thomas Antorino for making said contribution, thereby increasing the amount defendant STEPHEN H. MILVID could contribute to the campaign of defendant PATRICIA STREBEL while avoiding detection for violating contribution limits set forth in New York State Election Laws.

18. On or about and between August 21, 2002 and August 26, 2002, in exchange for PATRICIA STREBEL allowing defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID entered into an agreement with Thomas Antorino whereby Thomas Antorino would make contributions to the campaign of defendant PATRICIA STREBEL, and defendant STEPHEN H. MILVID would reimburse Thomas Antorino for making said contribution, thereby increasing the amount defendant STEPHEN H. MILVID could contribute to the campaign of defendant

PATRICIA STREBEL while avoiding detection for violating contribution limits set forth in New York State Election Laws.

19.   On or about and between March 18, 2002 and March 22, 2002, in exchange for PATRICIA STREBEL allowing defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID entered into an agreement with Lauren Milvid whereby Lauren Milvid would make contributions to the campaign of defendant PATRICIA STREBEL, and defendant STEPHEN H. MILVID would reimburse Lauren Milvid for making said contribution, thereby increasing the amount defendant STEPHEN H. MILVID could contribute to the campaign of defendant PATRICIA STREBEL while avoiding detection for violating contribution limits set forth in New York State Election Laws.

20.   On or about and between August 22, 2002 and August 26, 2002, in exchange for PATRICIA STREBEL allowing defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID entered into an agreement with Lauren Milvid whereby Lauren Milvid would make contributions to the campaign of defendant PATRICIA STREBEL, and defendant STEPHEN H. MILVID would reimburse Lauren Milvid for making said contribution, thereby increasing the amount defendant STEPHEN

H. MILVID could contribute to the campaign of defendant PATRICIA STREBEL while avoiding detection for violating contribution limits set forth in New York State Election Laws.

21.     On or about and between March 18, 2002 and March 22, 2002, in exchange for PATRICIA STREBEL allowing defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID entered into an agreement with Celso Ferreira whereby Celso Ferreira would make contributions to the campaign of defendant PATRICIA STREBEL, and defendant STEPHEN H. MILVID would reimburse Celso Ferreira for making said contribution, thereby increasing the amount defendant STEPHEN H. MILVID could contribute to the campaign of defendant PATRICIA STREBEL while avoiding detection for violating contribution limits set forth in New York State Election Laws.

22.     On or about and between August 22, 2002 and August 26, 2002, in exchange for PATRICIA STREBEL allowing defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID entered into an agreement with Maria Ferreira whereby Maria Ferreira would make contributions to the campaign of defendant PATRICIA STREBEL, and defendant STEPHEN H. MILVID would reimburse Maria Ferreira

for making said contribution, thereby increasing the amount defendant STEPHEN H. MILVID could contribute to the campaign of defendant PATRICIA STREBEL while avoiding detection for violating contribution limits set forth in New York State Election Laws.

23. On or about June 28, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 603" in the name of "Debut Concrete" dated June 28, 2001.

24. On or about August 17, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 603A" in the name of "Debut Concrete" dated August 17, 2001.

25. On or about August 21, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 603B" in the name of "Debut Concrete" dated August 21, 2001.

26. On or about August 29, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 618" in the name of "Debut Concrete" dated August 29, 2001.

27. On or about August 29, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 619" in the name of "Debut Concrete" dated August 29, 2001.

28. On or about August 28, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 620" in the name of "Debut Concrete" dated August 28, 2001.

29.    On or about September 26, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 626" in the name of "Debut Concrete" dated September 26, 2001.

30.    On or about September 26, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 627" in the name of "Debut Concrete" dated September 26, 2001.

31.    On or about September 26, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 628" in the name of "Debut Concrete" dated September 26, 2001.

32.    On or about November 15, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 672" in the name of "Debut Concrete" dated November 15, 2001.

33.    On or about December 5, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 684" in the name of "Debut Concrete" dated December 5, 2001.

34.    On or about December 5, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise,

namely an "Invoice Number 686" in the name of "Debut Concrete" dated December 6, 2001.

35.    On or about December 5, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 687" in the name of "Debut Concrete" dated December 5, 2001.

36.    On or about December 6, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 689" in the name of "Debut Concrete" dated December 6, 2001.

37.    On or about December 6, 2001, the defendant, STEPHEN H. MILVID, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 691" in the name of "Debut Concrete" dated December 6, 2001.

38.    On or about June 28, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 153629.

39.    On or about August 17, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed

by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 153892.

40.    On or about August 21, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 153874.

41.    On or about August 29, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 153891.

42.    On or about August 29, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 153873.

43.    On or about August 28, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 153872.

44. On or about September 26, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 154068.

45. On or about November 15, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 154778.

46. On or about December 5, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 154775.

47. On or about December 5, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 154776.

48. On or about December 5, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed

by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 154820.

49.    On or about December 5, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 154777.

50.    On or about December 6, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 154774.

51.    On or about December 6, 2001, the defendant, STEPHEN H. MILVID, caused to be offered or presented for filing with the Town of Brookhaven a statement which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., specifically a "Highway Claim Voucher - Brookhaven Town," number 154773.

52.    On or about and between June 28, 2001 and January 18, 2002, the defendant, PATRICIA STREBEL, directed other Town of Brookhaven employees to allow DEBUT CONCRETE, INC. Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., to be submitted for payment by the Town of Brookhaven

pursuant to an agreement she had entered into with STEPHEN H. MILVID without the accuracy of the measurements contained in said invoices, vouchers and purchase orders being verified.

53.    On or about and between June 28, 2001 and January 18, 2002, the defendant, STEPHEN H. MILVID, received and cashed checks from the Town of Brookhaven in an amount approximately $88,000.00 more than he would have otherwise received for the cement sidewalks, curbing and aprons installed by defendant DEBUT CONCRETE, INC. had the actual, correct measurements been submitted for payment to the Town of Brookhaven Highway Department.

54.    On or about and between January 1, 2000 and September 13, 2002, STEPHEN H. MILVID did submit inflated invoices, vouchers and bills to the Town of Smithtown in an attempt to acquire more funds which could be used to make political contributions to the campaigns of PATRICIA STREBEL and other political committees.

55.    On or about and between April 1, 2001 and September 13, 2002, the defendant, PATRICIA STREBEL did not require defendants STEPHEN H. MILVID or DEBUT CONCRETE, INC. to file certified payrolls with the Town of Brookhaven for work DEBUT CONCRETE, INC. had performed there before being paid for that work, even though STEPHEN H. MILVID and DEBUT CONCRETE, INC. were under a legal obligation to do so.

56.    On or about and between July 26, 2002 and October 30, 2002, in order to reward political contributors and foster an atmosphere at the Town of Brookhaven Highway Department where companies that did not contribute to

political campaigns were punished, PATRICIA STREBEL gave Town of Brookhaven Highway Department paving jobs to Rio Paving, a company which had contributed to PATRICIA STREBEL's campaigns, despite the fact that another company, Rosemar Construction Incorporated, a company that had not contributed to defendant PATRICIA STREBEL's campaigns, had successfully bid for and won the contract with the Town of Brookhaven to perform that work.

57.    In 2001, Frank Rio, through corporations he controlled, contributed three thousand, six hundred dollars ($3,600.00) to the campaign of defendant PATRICIA STREBEL.

58.    In 2002, Frank Rio, through corporations he controlled, contributed two thousand, five hundred and fifty dollars ($2,550.00) to the campaign of defendant PATRICIA STREBEL.

59.    On or about June 1, 2001, PATRICIA STREBEL provided or caused to be provided to STEPHEN H. MILVID, Town of Brookhaven "Origin of Load" Vouchers, which allowed STEPHEN H. MILVID to place debris in the Town of Brookhaven landfill at no cost, thereby further enhancing the profitability of the contract DEBUT held with the Town of Brookhaven.

60.    On or about and between June 1, 2001 and August 12, 2002, STEPHEN H. MILVID used Town of Brookhaven "Origin of Load" Vouchers with a value in excess of $120,000.00 to place debris at no cost in the Town of Brookhaven landfill, which he would have had to otherwise pay for.

61.    On or about March 6, 2002, in order to conceal the agreement by which PATRICIA STREBEL allowed defendant STEPHEN H. MILVID to submit

Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID created a letter dated April 25, 2001.

62. On or about March 6, 2002, in order to conceal the agreement by which PATRICIA STREBEL allowed defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID created a letter dated April 28, 2001.

63. On or about March 6, 2002, in order to conceal the agreement by which PATRICIA STREBEL allowed defendant STEPHEN H. MILVID to submit Invoices, Town of Brookhaven Highway Claim Vouchers and Town of Brookhaven Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., defendant STEPHEN H. MILVID delivered letters dated April 25, 2001 and April 28, 2001 to defendant PATRICIA STREBEL.

64. On or about and between February 1, 2002 and April 30, 2002, defendant PATRICIA STREBEL, in order to generate more revenue for STEPHEN H. MILVID which could be used by him to make additional political contributions, did place a phone call to the Town of Brookhaven Commissioner of Parks and Recreation in an attempt to pressure the Commissioner to pay for work which had been purportedly performed for the Department of Parks and

Recreation by DEBUT CONCRETE, INC., and for which payment had been refused by that Department because of poor quality of work performed and/or over-billing.

65.   On or about and between February 1, 2002 and April 30, 2002, other persons who were either current or former officers of a political party, whose identities are known to the members of the Grand Jury, in order to generate more revenue for STEPHEN H. MILVID which could be used by him to make additional political contributions, did place phone calls to the Town of Brookhaven Commissioner of Parks and Recreation in an attempt to pressure the Commissioner to pay for work which had been purportedly performed for the Department of Parks and Recreation by DEBUT CONCRETE, INC., and for which payment had been refused by that Department because of poor quality of work performed and/or over-billing.

## COUNT THREE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of GRAND LARCENY IN THE SECOND DEGREE in violation of Section 155.40(1) of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between June 11, 2001 and September 13, 2002, in Suffolk County stole certain property, namely U.S. currency, from the Town of Brookhaven, having a value of more than Fifty Thousand Dollars ($50,000.00), by avoiding the cost of the disposal of all existing concrete on repair and replacement projects and/or excavated materials on new installations as required by contract.

## COUNT FOUR

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of GRAND LARCENY IN THE SECOND DEGREE in violation of Section 155.40(1) of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between March 7, 2002 and September 11, 2002, in Suffolk County, by failing to pay the prevailing wages and supplements mandated by section 220 of the Labor Law, stole certain property, namely U.S. currency, from the Town of Brookhaven, having a value of more than Fifty Thousand Dollars ($50,000.00).

## COUNT FIVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, PATRICIA STREBEL, of the crime of PERJURY IN THE FIRST DEGREE in violation of section 210.15 of the Penal Law of the State of New York, committed as follows:

The defendant, on or about May 1, 2003 and May 2, 2003, in Suffolk County, swore falsely while giving testimony before a grand jury regarding a matter material to the action, proceeding or matter.

COUNT SIX

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment accuses the defendants, PATRICIA STREBEL and STEPHEN H. MILVID, of the crime of CONSPIRACY TO PREVENT PUBLIC BIDDING ON A PUBLIC CONTRACT in violation of Section 103-e(1) of the General Municipal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between August 26, 2000 and February 26, 2001, in Suffolk County, willfully, knowingly, and with the intent to defraud, entered into a contract, agreement, arrangement or combination to submit a fraudulent or collusive bid to a board, officer, agency, department, commission or other agency of the state or of a public corporation, to wit, the Town of Brookhaven, on a contract for public work which had been advertised for bidding.

## COUNT SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about June 28, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 603" in the name of "Debut Concrete" dated June 28, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 17, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 603A" in the name of "Debut Concrete" dated August 17, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT NINE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 21, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 603B" in the name of "Debut Concrete" dated August 21, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT TEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 29, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 618" in the name of "Debut Concrete" dated August 29, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT ELEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 29, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 619" in the name of "Debut Concrete" dated August 29, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT TWELVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 28, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 620" in the name of "Debut Concrete" dated August 28, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT THIRTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about September 26, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 626" in the name of "Debut Concrete" dated September 26, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

COUNT FOURTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about September 26, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 627" in the name of "Debut Concrete" dated September 26, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT FIFTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about September 26, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 628" in the name of "Debut Concrete" dated September 26, 2001 and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

COUNT SIXTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about November 15, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 672" in the name of "Debut Concrete" dated November 15, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT SEVENTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 5, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 684" in the name of "Debut Concrete" dated December 5, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

COUNT EIGHTEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 5, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 685" in the name of "Debut Concrete" dated December 5, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT NINETEEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 5, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 686" in the name of "Debut Concrete" dated December 5, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

COUNT TWENTY

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 5, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 687" in the name of "Debut Concrete" dated December 5, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT TWENTY-ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 6, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 689" in the name of "Debut Concrete" dated December 6, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT TWENTY-TWO

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 6, 2001, in Suffolk County, with the intent to defraud, made or caused a false entry in the business records of an enterprise, namely an "Invoice Number 691" in the name of "Debut Concrete" dated December 6, 2001, and wherein their intent to defraud included an intent to commit another crime, namely Larceny.

## COUNT TWENTY-THREE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about June 28, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153629.

## COUNT TWENTY-FOUR

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 17, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153892.

## COUNT TWENTY-FIVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 21, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153874.

## COUNT TWENTY-SIX

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 29, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153891.

## COUNT TWENTY-SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 29, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153873.

## COUNT TWENTY-SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about August 29, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 153873.

COUNT TWENTY-NINE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about September 26, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154068.

COUNT THIRTY

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about November 15, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154778.

COUNT THIRTY-ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 5, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154775.

## COUNT THIRTY-TWO

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 5, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154776.

## COUNT THIRTY-THREE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 5, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154820.

## COUNT THIRTY-FOUR

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 5, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154777.

## COUNT THIRTY-FIVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 6, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154774.

## COUNT THIRTY-SIX

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, PATRICIA STREBEL, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about December 6, 2001, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a "Highway Claim Voucher – Brookhaven Town," number 154773.

## COUNT THIRTY-SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, PATRICIA STREBEL, of the crime of OFFICIAL MISCONDUCT, in violation of Section 195.00(1) of the Penal Law of the State of New York, committed as follows:

The defendant PATRICIA STREBEL, acting in concert with others, on or about and between August 7, 2001 and December 26, 2001, in Suffolk County, as a public servant, with the intent to obtain a benefit or deprive another person of a benefit, committed an act relating to her office but constituting an unauthorized exercise of her official functions, knowing that such act was unauthorized; to wit: The defendant PATRICIA STREBEL allowed STEPHEN H. MILVID and DEBUT CONCRETE to submit to the Town of Brookhaven Invoices, Highway Claim Vouchers and Purchase Orders, which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE for the Town of Brookhaven Highway Department.

## COUNT THIRTY-EIGHT

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, PATRICIA STREBEL, of the crime of OFFICIAL MISCONDUCT, in violation of Section 195.00(2) of the Penal Law of the State of New York, committed as follows:

The defendant PATRICIA STREBEL, acting in concert with others, on or about and between August 7, 2001 and December 26, 2001, in Suffolk County, as a public servant, with the intent to obtain a benefit or deprive another person of a benefit, knowingly refrained from performing a duty which was imposed upon her by law or which was clearly inherent in the nature of her office, to wit: the defendant PATRICIA STREBEL failed to properly verify or cause to be verified the measurements and amounts of public work performed by DEBUT CONCRETE for the Town of Brookhaven Highway Department before allowing payment to be made for said work.

## COUNT THIRTY-NINE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, PATRICIA STREBEL, of the crime of OFFICIAL MISCONDUCT, in violation of Section 195.00(1) of the Penal Law of the State of New York, committed as follows:

The defendant PATRICIA STREBEL, acting in concert with others, on or about and between July 26, 2002 and October 30, 2002, in Suffolk County, as a public servant, with the intent to obtain a benefit or deprive another person of a benefit, committed an act relating to her office but constituting an unauthorized exercise of her official functions, knowing that such act was unauthorized; to wit: the defendant PATRICIA STREBEL allowed Rio Paving to perform public work for the Town of Brookhaven without a contract, after the contract for that public work had been legally awarded through a publicly bid contract to another company.

## COUNT FORTY

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, PATRICIA STREBEL, of the crime of OFFICIAL MISCONDUCT, in violation of Section 195.00(2) of the Penal Law of the State of New York, committed as follows:

The defendant PATRICIA STREBEL, acting in concert with others, on or about and between July 26, 2002 and October 30, 2002, in Suffolk County, as a public servant, with the intent to obtain a benefit or deprive another person of a benefit, knowingly refrained from performing a duty which was imposed upon her by law or which was clearly inherent in the nature of her office, to wit: the defendant PATRICIA STREBEL failed to allow Rosemar Construction Incorporated to perform necessary public work for which it had been legally awarded a contract with the Town of Brookhaven.

## COUNT FORTY-ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of POLITICAL CONTRIBUTION IN EXCESS OF APPLICABLE LIMIT in violation of Section 14-116(2) of the Election Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between January 1, 2001 and December 31, 2001, in Suffolk County, made contributions for political purposes aggregating in excess of five thousand dollars ($5,000.00) within the calendar year 2001.

COUNT FORTY-TWO

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.", of the crime of POLITICAL CONTRIBUTION IN EXCESS OF APPLICABLE LIMIT in violation of Section 14-116(2) of the Election Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between January 1, 2002 and December 31, 2002, in Suffolk County, made contributions for political purposes aggregating in excess of five thousand dollars ($5,000.00) within the calendar year 2002.

## COUNT FORTY-THREE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, of the crime of MAKING CAMPAIGN CONTRIBUTION NOT UNDER TRUE NAME OF CONTRIBUTOR in violation of Section 14-120(1) of the Election Law of the State of New York, committed as follows:

The defendant, acting in concert with others, on or about March 22, 2002, in Suffolk County, made a contribution to a candidate or political committee in a name other than his own, namely A & J Antorino Company, Incorporated.

## COUNT FORTY-FOUR

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, of the crime of MAKING CAMPAIGN CONTRIBUTION NOT UNDER TRUE NAME OF CONTRIBUTOR in violation of Section 14-120(1) of the Election Law of the State of New York, committed as follows:

The defendant, acting in concert with others, on or about August 21, 2002, in Suffolk County, made a contribution to a candidate or political committee in a name other than his own, namely A & J Antorino Company, Incorporated.

## COUNT FORTY-FIVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, of the crime of MAKING CAMPAIGN CONTRIBUTION NOT UNDER TRUE NAME OF CONTRIBUTOR in violation of Section 14-120(1) of the Election Law of the State of New York, committed as follows:

The defendant, acting in concert with others, on or about March 22, 2002, in Suffolk County, made a contribution to a candidate or political committee in a name other than his own, namely Lauren A. Milvid.

## COUNT FORTY-SIX

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, of the crime of MAKING CAMPAIGN CONTRIBUTION NOT UNDER TRUE NAME OF CONTRIBUTOR in violation of Section 14-120(1) of the Election Law of the State of New York, committed as follows:

The defendant, acting in concert with others, on or about August 22, 2002, in Suffolk County, made a contribution to a candidate or political committee in a name other than his own, namely Lauren A. Milvid.

COUNT FORTY-SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, of the crime of MAKING CAMPAIGN CONTRIBUTION NOT UNDER TRUE NAME OF CONTRIBUTOR in violation of Section 14-120(1) of the Election Law of the State of New York, committed as follows:

The defendant, acting in concert with others, on or about March 22, 2002, in Suffolk County, made a contribution to a candidate or political committee in a name other than his own, namely Celso Ferreira.

## COUNT FORTY-SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, of the crime of MAKING CAMPAIGN CONTRIBUTION NOT UNDER TRUE NAME OF CONTRIBUTOR in violation of Section 14-120(1) of the Election Law of the State of New York, committed as follows:

The defendant, acting in concert with others, on or about March 22, 2002, in Suffolk County, made a contribution to a candidate or political committee in a name other than his own, namely Celso Ferreira.

## COUNT FORTY-EIGHT

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, STEPHEN H. MILVID, of the crime of MAKING CAMPAIGN CONTRIBUTION NOT UNDER TRUE NAME OF CONTRIBUTOR in violation of Section 14-120(1) of the Election Law of the State of New York, committed as follows:

The defendant, acting in concert with others, on or about August 22, 2002, in Suffolk County, made a contribution to a candidate or political committee in a name other than his own, namely Maria Ferreira.

## COUNT FORTY-NINE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of GRAND LARCENY IN THE THIRD DEGREE in violation of Section 155.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between December 6, 1999 and December 6, 2000, in Suffolk County, stole certain property, namely U.S. currency, from the Village of Patchogue, having a value of more than three thousand dollars ($3,000.00).

## COUNT FIFTY

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," and DANIEL WIRSHUP, of the crime of SCHEME TO DEFRAUD IN THE FIRST DEGREE in violation of Section 190.65(1)(a) of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between January 1, 1998 and December 31, 1998, in Suffolk County, willfully, knowingly, and with the intent to defraud, engaged in a scheme constituting a systematic ongoing course of conduct with intent to defraud ten or more persons or to obtain property from ten or more persons by false or fraudulent pretenses, representations or promises, and so obtained such property, to wit, U.S. currency, from one or more such persons, namely Paul Pearo.

## COUNT FIFTY-ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, DANIEL WIRSHUP, of the crime of OFFICIAL MISCONDUCT in violation of Section 195.00(1) of the Penal Law of the State of New York, committed as follows:

The defendant DANIEL WIRSHUP, acting in concert with others, on or about and between December 6, 1999 and August 23, 2000, in Suffolk County, as a public servant, with the intent to obtain a benefit or deprive another person of a benefit, committed an act relating to his office but constituting an unauthorized exercise of his official functions, knowing that such act was unauthorized; to wit: the defendant DANIEL WIRSHUP allowed STEPHEN H. MILVID and DEBUT CONCRETE to submit, to the Village of Patchogue, vouchers which contained false and inflated measurements of work performed by defendant DEBUT CONCRETE, INC., for the Village of Patchogue.

## COUNT FIFTY-TWO

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendant, DANIEL WIRSHUP, of the crime of OFFICIAL MISCONDUCT in violation of Section 195.00(2) of the Penal Law of the State of New York, committed as follows:

The defendant DANIEL WIRSHUP, acting in concert with others, on or about and between December 6, 1999 and August 23, 2000, in Suffolk County, as a public servant, with the intent to obtain a benefit or deprive another person of a benefit, knowingly refrained from performing a duty which was imposed upon him by law or which was clearly inherent in the nature of his office, to wit: the defendant DANIEL WIRSHUP failed to properly verify or cause to be verified the measurements and amounts of public work performed by DEBUT CONCRETE for the Village of Patchogue before allowing payment to be made for said work.

## COUNT FIFTY-THREE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," of the crime of SCHEME TO DEFRAUD IN THE FIRST DEGREE in violation of Section 190.65(1)(a) of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, willfully, knowingly, and with the intent to defraud, engaged in a scheme constituting a systematic ongoing course of conduct with intent to defraud ten or more persons or to obtain property from ten or more persons by false or fraudulent pretenses, representations or promises, and so obtained such property, to wit, U.S. currency, from one or more such persons, namely Juan Medina.

## COUNT FIFTY-FOUR

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," of the crime of SCHEME TO DEFRAUD IN THE FIRST DEGREE in violation of Section 190.65(1)(b) of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, willfully, knowingly, and with the intent to defraud, engaged in a scheme constituting a systematic ongoing course of conduct with intent to defraud more than one person or to obtain property from more than one person by false or fraudulent pretenses, representations or promises, and so obtained such property, to wit, U.S. currency, from one or more such persons, namely Juan Medina, and the value of said property did exceed one thousand dollars ($1000.00).

## COUNT FIFTY-FIVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," of the crime of SCHEME TO DEFRAUD IN THE FIRST DEGREE in violation of Section 190.65(1)(a) of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, willfully, knowingly, and with the intent to defraud, engaged in a scheme constituting a systematic ongoing course of conduct with intent to defraud ten or more persons or to obtain property from ten or more persons by false or fraudulent pretenses, representations or promises, and so obtained such property, to wit, U.S. currency, from one or more such persons, namely Juan Medina.

## COUNT FIFTY-SIX

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," of the crime of SCHEME TO DEFRAUD IN THE FIRST DEGREE in violation of Section 190.65(1)(b) of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, willfully, knowingly, and with the intent to defraud, engaged in a scheme constituting a systematic ongoing course of conduct with intent to defraud more than one person or to obtain property from more than one person by false or fraudulent pretenses, representations or promises, and so obtained such property, to wit, U.S. currency, from one or more such persons, namely Juan Medina, and the value of said property did exceed one thousand dollars ($1000.00).

COUNT FIFTY-SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by

the defendants.

## COUNT FIFTY-EIGHT

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by

the defendants.

## COUNT FIFTY-NINE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

## COUNT SIXTY

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by

the defendants.

## COUNT SIXTY-ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

## COUNT SIXTY-TWO

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

94

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

## COUNT SIXTY-THREE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

## COUNT SIXTY-FOUR

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

## COUNT SIXTY-FIVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

## COUNT SIXTY-SIX

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by

the defendants.

COUNT SIXTY-SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

## COUNT SIXTY-EIGHT

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

## COUNT SIXTY-NINE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by

the defendants.

COUNT SEVENTY

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by the defendants.

## COUNT SEVENTY-TWO

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by

the defendants.

## COUNT SEVENTY-THREE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

116

name is known to the Grand Jury, a laborer, workman or mechanic employed by

the defendants.

## COUNT SEVENTY-FOUR

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of WILFUL FAILURE TO PAY PREVAILING WAGES AND SUPPLEMENTS in violation of Section 220(3) of the Labor Law of the State of New York, committed as follows:

The defendants, each acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, having entered into a contract for the construction, reconstruction, maintenance or repair of public work, to which the state or political subdivision, public authority or public benefit corporation is a party, to wit, the Town of Brookhaven, which contract contained a provision stipulating that the prevailing wage and supplement be paid, as established by the commissioner of labor, to the laborers, workmen or mechanics employed by the defendants, STEPHEN H. MILVID, FLORINDO FERREIRA, and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC.," in the performance of the contract, did willfully pay or provide less than such stipulated wage and supplement to an individual whose

name is known to the Grand Jury, a laborer, workman or mechanic employed by

the defendants.

## COUNT SEVENTY-FIVE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about April 1, 2002, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a Certified Payroll, to the Town of Smithtown.

## COUNT SEVENTY-SIX

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about April 9, 2002, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a Certified Payroll, to the Town of Smithtown.

## COUNT SEVENTY-SEVEN

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about April 9, 2002, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a Certified Payroll, to the Town of Smithtown.

COUNT SEVENTY-EIGHT

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE in violation of Section 175.35 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about April 19, 2002, in Suffolk County, knowing that a written instrument contained a false statement or false information, and with intent to defraud the state or any political subdivision thereof, offered or presented said statement, specifically a Certified Payroll, to the Town of Smithtown.

## COUNT SEVENTY-NINE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between March 1, 2001 and November 30, 2001, in Suffolk County, with the intent to defraud, omitted to make a true entry in the business records of an enterprise by failing to file Certified Payrolls with the Town of Brookhaven in violation of a duty to do so which they knew to be imposed upon them by law or by the nature of their position, and wherein their intent to defraud included an intent to commit another crime, namely Wilful Failure to Pay Prevailing Wages and Supplements in violation of section 220(3) of the Labor Law.

## COUNT EIGHTY

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuses the defendants, STEPHEN H. MILVID and DEBUT CONCRETE CONSTRUCTION INC. a/k/a/ "DEBUT CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE & GENERAL CONSTRUCTION, INC." a/k/a "DEBUT CONCRETE" a/k/a "DEBUT CONCRETE CONSTRUCTION CO. INC." of the crime of FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE in violation of Section 175.10 of the Penal Law of the State of New York, committed as follows:

The defendants, acting in concert with each other, on or about and between March 1, 2002 and November 30, 2002, in Suffolk County, with the intent to defraud, omitted to make a true entry in the business records of an enterprise by failing to file Certified Payrolls with the Town of Brookhaven in violation of a duty to do so which they knew to be imposed upon them by law or by the nature of their position, and wherein their intent to defraud included an intent to commit another crime, namely Wilful Failure to Pay Prevailing Wages and Supplements in violation of section 220(3) of the Labor Law.