| RA | District Attorney's Office, Detective Amato |
|----|---------------------------------------------|
| DW | Detective Amato, this is Dan Wirshup. Remember me from 7-11? |
| RA | How are you doing? |
| DW | I'm doing good, how are you? |
| RA | Very good. |
| DW | Good, I'm thinking of what you talked about there, and ah, if you, the problem is I don't have, I don't know too many attorneys here. |
| RA | I can't recommend an attorney to you. Why don't you ah, Do you have any friends that you could ask? |
| DW | Well, I don't really hang out with the trouble makers but ah. Its you know, I had enough trouble finding Pat O'Connell so |
| RA | See, that's a problem. But you know what Dan, you're not really that bad a guy. You know you're really like what we had here as far as problems go. You really shouldn't have to be implicated. There are other people who should be dealing with these problems, not you. Um, I just think your kinda like a victim of circumstances here and that's probably why one of the reasons why we haven't you know scooped you up and collared you, threw you out to the press, that kind of stuff. You know what I'm saying? |
| DW | Right. |
| RA | Did you talk to your attorney at all? |
| DW | Well, I had to let him know that there's, you know, a problem, and ah, you know, its kinda in my court, huh |
| RA | Yeah, I hear you. Let, let me give you a piece of advice. Why don't you just sit tight a day or so. O.K., and ah, let me reach out for you, I can get |

| | |
|---|---|
| | you ah, at your place of business? |
| DA | Yeah, you can or you can page me, that might be a little better off. |
| RA | Give me your pager number. |
| DW | It's 373-8065 |
| RA | o.k. ah, give me a day or two and ah I'll, reach out for you. |
| DW | All right. |
| RA | Or if anything breaks for you in the interim, you'll get back to me. |
| DW | o.k. so don't do anything yet? |
| RA | No, I won't, I won't |
| DW | No me don't do |
| RA | No you know, I wouldn't do anything right now until you see which way it falls. You know, maybe, maybe something will break for you in the next day or so. Who knows, but ah, give me a day or so and I will get back to you, and let me, let me talk to the ADA that's, you know, involved here and tell him listen, you know this guy look like he wants to do the right thing here...o.k. |
| DW | Yeah, but I should still go in there with an attorney, right? |
| RA | Absolutely |
| DW | That's what I'm saying, that's what I don't know...I mean if you're going to call me in, I, I need to talk to an attorney. |
| RA | I couldn't do that without your having an attorney. So let me talk to the DA and see what, what his pleasure is o.k. |
| DW | All right. |
| RA | And just ah just hand loose for a couple of days and I will get back to you. |
| DW | o.k. |
| RA | o.k. |
| DW | All right. |
| RA | All right |
| DW | All right, good bye. |

Daniel Wirshup -- DW
Robert Amato -- RA

2/24/03
3:45 -- 5:29
#16-147

| | |
|-----|---------------------------------------------------------------|
| RA | District Attorney's Office, Detective Amato |
| DW | Detective Amato, Dan Wirshup. |
| RA | Hi Dan, how are you? |
| DW | I'm o.k., how are you? |
| RA | You survived this snow storm? |
| DW | Oh it was a brutal one |
| RA | I figured you'd be busting your ass boy |
| DW | Yeah, we worked hard on this one |
| RA | Yeah I bet. |
| DW | I was tired. |
| RA | Yeah I bet. How'd you make out, did you ever get yourself hooked up with an attorney? |
| DW | Well no. You told me not to do anything. |
| RA | Oh, o.k. because we were ready to convene a Grand Jury here and then, you know, pretty much wanted to know, you know where your going to fall in this thing. You know whether you're going to be a witness or a defendant, you know. Ah, have you have you, ah, have you heard anything about any attorney that you might want to retain or...... |
| DW | Well, that's why, that's why I was looking for you, for some guidance. |
| RA | I really can't, I really can't go there with you, you know what I'm saying. I really can't like tell you to use this guy use that guy you know. If you ran somebody by me I can tell you whether, you know I know the guy is good or bad but I can't really steer you to an attorney so to speak. Know what I'm saying. |
| DW | What, what is this any other attorney but O'Connell. |
| RA | We won't deal with O'Connell and not that he's a bad guy you |

| | |
|---|---|
| | understand. Its just that he defend other people that are likely to be a target of this investigation and we wouldn't want any word to get back to those people. You understand what I'm saying? |
| DW | I hear you. |
| RA | And you know what if, if your going to be talking to us I don't know, I would hope that he would have your best interest at heart but I don't know, you know. You know what I'm saying. |
| DW | Yeah, well I hear what your saying. I just don't want to, you know I retain another attorney and then I go in there and you say well he's not acceptable. |
| RA | No, no, no, no, no, that's the only reason we have any gr..., any type of trouble with is because of that, the fact that he represents other people. I don't care who else you get. You know what I'm saying, it doesn't matter. It's not that O'Connell is a bad guy, its that the reason is because well he represents other people involved in this thing and you know human nature being what it is, I, I wouldn't want to put him in a position where we might think he giving information that you tell us about the other people. And I don't think it would you know really its not in your best interest. You know what I'm saying? |
| DW | Well, yeah, I, I, I hear what your saying I'm just I'm really confused about this whole, whole issue here, ah, you know last time I talked to you I wasn't a bad guy. |
| RA | Well, your not a bad guy, your not a bad guy but we did tell you straight out that your, your, you know that you have done some things which could be construed to be ah, you know, not really kosher, as a matter-of-fact, they could be criminal. You know what I'm saying? |
| DW | Yeah, ah. |
| RA | We tried to extricate you from that in return for which you give us some information as to what's going on. That's really the basic thing. I don't, I don't, you sitting down with us, you know, telling us something that going on that liable to get back to other people that your telling us about |

| | |
|---|---|
| | that wouldn't be good for you, and it certainly aint' gonna be good for us. You know, you understand that? |
| DW | Yeah, yeah I understand that, I mean |
| RA | o.k., o.k. I have your best, we're thinking about you too here, all right we don't want to see you get jammed up. We don't want to see you, you know unnecessarily you know when there is no reason for that to be. |
| DW | I, I don't think I should, I should be that way anyway. |
| RA | I think If you, if you are completely honest with us, as to the, with the questions we have everything will be just fine. You know the problem that we will get into is when your not being honest with us, you know what I'm saying. |
| DW | Right, but doesn't, but doesn't O'Connell, doesn't he have to be (unintelligible), doesn't he (unintelligible), you know an oath and he's representing me he can't ....... |
| RA | Yeah, Dan, he has an oath Dan. Dan he has an oath. He's not supposed to have a conflict of interest. Well, do you know who his good friends are? |
| DW | No |
| RA | Well, neither do I. Maybe I could tell you but I won't, not at this point in time. Maybe when we sittin across the table from each other I could do that, but not at this time. I don't think you want information that you might be telling us getting back to the people that we're talking about. And that's why we're concerned about O'Connell. I mean he represents these other people. You know if, you know, I don't even know how he could do that without it being a conflict but he does. So, ah, you know to say in that aspect of it we would just assume not deal with him. |
| DW | So I gotta find another attorney, everybody else... |
| RW | It doesn't matter, it doesn't matter who the guy is, it really doesn't. |
| DW | Ah, another name that I think you might have a problem, I know, I heard is a good attorney is Gianelli. |

| RA | Gianelli? No I don't have a problem with Gianelli. |
|----|----|
| DW | All right. |
| RW | I have no problem with Gianelli. |
| DW | Cause I think he represents somebody you are after already, right? |
| RW | I don't know that. |
| DW | Oh |
| RA | Not to my knowledge. It really doesn't matter. He doesn't represent everybody we're looking at do you understand? Every time, any time somebody in Patchogue gets in trouble O'Connell is the guy that, that takes the case. He is, he is involved right now with to my knowledge with three or four you know different targets at this investigation. I don't think its in your best interest to, you do what you want, you, you want to say to me look I'm not shitting off O'Connell, fine but you take your chances. You want to go to Gianelli, I, I got no problem with that. I think Gianelli is a decent guy. He's reputable, and he certainly knows how the system works. He's been on both sides, you know what I'm saying. |
| DW | Well, I, yeah I hear you but I'm just, ah, I really wish this thing was was over with. |
| RA | Well, you know what Danny? |
| DW | I think when this thing all shakes out I, I know, I don't know what you think of me but I think when this shakes out, I, I think your going to see that I'm not a bad guy. |
| RA | Well, like my partner explained to you. You know you're a civil servant, you're held to a little more a, austere code than the general public. Some of the things that you done, you may think you are doing in the, you know, to make things, ah, to expedite things for the Village and whatever, and they may actually be criminal acts. You know you walk a very tight line here. And, and you, you know maybe you don't understand that but that's the way it is. We can explain that to you and we'll explain our concerns to you when we sit across the table from you |

| | |
|---|---|
| | and you know we rehash this thing out. I have no opinion of you one way or the other. I don't think you're the worlds worst dirt bag, I mean if that's what your thinking. I don't think that at all. I think your just a guy that got up in some things, you know, trying to do the right thing, trying to expedite things for certain people that you feel you may or may not owe, you know certain a, a loyalty to, and you might have gotten caught up in something here and maybe once you've explained away you'll understand why we think the way we think and a, we'll get all this worked out. But we Will not talk to you while you have O'Connell. You want to get Gianelli, that's fine. |
| DW | Let, let, let me, let what's my time now? |
| RA | Well your time frame now is we're convening a Grand Jury. So your time frame now is a little less than it was before. You understand what I'm saying? |
| DW | Yeah. |
| RA | I would like to hear from you within a week. |
| DW | o.k. |
| RA | o.k. |
| DW | All right. |
| RA | Thank you. |
| DW | Bye |
| RA | Bye. |

Thomas Iacopelli – TI
Daniel Wirshup – DW

TDK Mizro90
2-24-03
3:45  5:29

#159-221

|     | PHONE RINGING |
|-----|---------------|
| TI  | DA's office, Detective Iacopelli, can I help you? |
| DW  | Ah, Detective Amato please |
| TI  | He's not in the office, who's this? |
| DW  | Dan Wirshup |
| TI  | Hey Danny, Tom Iacopelli, how you doing, Bobby's my partner.  I was, I was, ah, that was my car we were sitting in the other day. |
| DW  | Oh |
| TI  | How are you, all right? |
| DW  | I'm all right |
| TI  | I heard you fell down and hurt yourself |
| DW  | You hear everything, ah |
| TI  | Yeah, you know, its what we do.  How do you feel? |
| DW  | I'm sore |
| TI  | Oh, no broken bones I hope? |
| DW  | Well, I aggravated a previous injury out here |
| TI  | O.K., O.K., sounds like a Work-mans Comp case. Listen Danny… |
| DW  | Yeah |
| TI  | I spoke to Bobby, ahh |
| DW  | Bobby who? |
| TI  | Amato |
| DW  | Oh |
| TI  | And he said that you had mentioned a guy by the name of , ah, Gianelli |
| DW  | Right |

| | |
|---|---|
| TI | Listen, I ran that past the DA, that's not good. |
| DW | See that, oh, this is the problem I don't know… |
| TI | …..your problem is you can't find an attorney that doesn't have a problem |
| DW | Well, I'm asking for advise from you guys. I don't want to walk in there with an attorney that, if you want me to do this and I go ahead and do it, I don't want to walk in and you say, well this guys no good. I laid out cash and….. |
| TI | I gotta ya Danny, do me a favor. Don't do anything until you hear from us. All right. We don't want, we don't want you running around chasing your tail on this one. O.K. Don't do anything, you'll hear from us in a day or two. O.K. Don't do a thing ah, up until you hear from us okay? |
| DW | Don't look for another attorney now? |
| TI | Don't do anything, until you hear from us O.K. |
| DW | All right. |
| TI | Bobby explained to you ah, Detective Amato explained to you the problems that we have with your guy O'Connell and this problem with this other guy you just mentioned. |
| DW | Right |
| TI | There problems which run along similar lines. O.K. Bobby was unaware of it. When he told me the name I checked it with the a prosecutor on the case and he said there's a problem with that guy. O.K. we're gonna do some leg work for you and um, we'll see who, ah, you know we'll see if there are any other local attorney's that might have a problem. It's gonna take as a day or tow to find that out. O.K. But basically what we'll do is we'll give you a list of people who you really can't go to. Understood |
| DW | All right |
| TI | All right. So don't do anything for a day or two. You'll be hearing from us |
| DW | O.K. |
| TI | All right |
| DW | All right |
| TI | All right Danny, you stay well |

| | |
|---|---|
| DW | I'm trying |
| TI | Listen you know, like we said to you before, ah, ah, you know, you might have been doing, doing things that you thought was o.k. You know, sometimes you know you do things for friends, and you do things for people that you feel you have loyalty to, ah, but in your heart of hearts you don't think your doing anything wrong, but unfortunately ah, sometimes those things can be wrong, sometimes they can be criminal and that's , that's where the problem lies here. You understand? |
| DW | Well if, if that's the case there was, believe me there was never any intent on my part.... |
| TI | ...Well |
| DW | ...For that to happen. |
| TI | Well, that's , that's all fine and dandy and we can certainly and, that certainly be taken into consideration. O.K. But basically what we have to do in order to find that out at this point in time about what your motives are. We're going to have to sit down and talk to you O.K., ah, and we can all work that out. Ah, if you know the motivation, if there was no intent, things of that nature o.k. but what you did you did and you know what, ignorance of the law is no excuse, you know. I didn't know doesn't, doesn't make it right. It doesn't make it o.k. But that something that can be worked out when we sit down and talk. But the bottom line is we're going to have to sit down and talk and we don't want you coming in here without representation. |
| DW | Right |
| TI | We're trying to be above Board. We're trying to be real fair about this. We don't want you coming in here without representation. That, that representation is there to protect you. |
| DW | Right |

| TI | O.K. Do me a favor.  Don't do anything for a couple of days.  We'll get back to you, ah, and we'll work this thing out.  All right? |
|----|----|
| DW | All right. |
| TI | All right you take it easy |
| DW | All right Bye |
| TI | Bye, Bye |
|    |    |

Thomas Iacopelli – TI
Daniel Wirshup – DI

3/7/2003  9:45 A.M.

| TI | (Unintelligible), … We'd like to talk to you |
|----|----------------------------------------------|
| DW | Alright, I guess I could, I'm on my way to a wake right now so, a funeral |
| TI | O.K. would you stop out here at the 7-11 |
| DW | At what time? |
| TI | Any, you know as soon as you can. |
| DW | Well, I gotta go to the funeral at ten o'clock so that's, I'm just walking out the door. |
| TI | o.k. (unintelligible), is the funeral local? |
| DW | Yeah |
| TI | o.k, its like a ….(unintelligible) |
| DW | I don't know what time they, it's a Mass so, what do they last?  An hour? |
| TI | Figure, it's an hour, yea.  So how about ten-thirty ah, I'm sorry how about eleven-thirty? |
| DW | Yeah, alright. |
| TI | All right, we're over at the 7-11 right on Waverly here. |
| DW | Ah-ha |
| TI | All right |
| DW | All right if I ah, if I could reach you at this number? |
| TI | Yeah you can. |
| DW | Yow, that's it o.k. |
| TI | All right |
| DW | All right |
| TI | Thank you |
| DW | Bye |

Daniel Wirshup – DW
Raymond Amato – RA
Tom Iacopelli – TI

3/7/03
11:45

| | |
|---|---|
| | Auto noises (music)<br>Voices unintelligible<br>Car door |
| RA | Playland…do there and his lifestyle, borrow, tried to borrow 200 million dollars. We're taking about Michael Jackson and um |
| TI | You think you got problems; he's 200 million dollars in debt. |
| RA | 214 million dollars. |
| DW | I should have those problems (laughs) |
| RA | Yeah, right O.K., But I mean (unintelligible) they never allow a guy like that to go under. He's you know what I mean, a commodity in himself you know he's making money for them you know. |
| TI | (Unintelligible), he just fell off the fucking… he has the rights to all the fucking Beatles songs. |
| RA | Really. |
| TI | They bought them from, ah, off of the fucking (unintelligible) |
| RA | Did you lose somebody in your family? |
| DW | Ahh, the Deputy Clerks mother. |
| RA | Oh. |
| TI | The Deputy Clerk for the Village? |
| DW | Right. |
| TI | Not good – an older woman? Or… |
| DW | Yeh, yup. |
| TI | Like I said – like I said before Danny we're not going to ask you anything about (unintelligible) |
| RA | Yeah, we don't have any questions. Um, I was, talking we were talking, to the DA that's got the case, John Scott Prudenti, um a lot of what we do is governed |

| | |
|---|---|
| | by the legal brains, you know, what they want to do (unintelligible) our argument is that we feel that only committed a misdemeanor  If you have committed a crime – you ah want to, you have an option of surrendering at that point is once you * |
| * | **(unintelligible) NOTE: The tape at this point is very choppy and sounds as if it has been started and stopped or played over another recording** |
| Ra | ….is once your arrested |
| TI | We were very confident that (unintelligible) |
| RA | You know in the process from talking to people.  I don't know umm |
| TI | (unintelligible) people that have done work for the Village in the past |
| RA | You enjoy a pretty good reputation among these people, um.  I can tell you that umm some of them were not surprised you were in trouble, but not because (unintelligible)…basically where we are now um |
| NOTE: | **TAPE IS STILL CUTTING IN AND OUT – IT APPEARS WHOLE SENTENCES ARE MISSING AT THIS POINT.** |
| DW | Chevally? |
| TI | Chevally |
| RA | Chevally Renny Chevally, that's him, you know him? |
| DW | Yup |
| TI | He spoke uh – said you were a real decent guy, okay |
| RA | So that's where we are now.  Uh I, we, can only hold off the dogs for so long, um you are entitled to the counsel of your choice that's your basic right |
| DW | Yes |
| RA | We can't tell you who you should have, we do have under certain circumstances (unintelligible) represented by counsel that might have a right to arrest you which we really don't want to do at this point.  Ahhh we'll have an answer for you (unintelligible)  I don't have a suggestion for you the balls kinda in your court – you could take a collar or go out and get yourself another attorney. |
| TI | Right we certainly (unintelligible)  not |

| | |
|---|---|
| RA | Oh by the way, not that I'm talking about anything (unintelligible) were you called in by a guy named Donato? Whose Donato? |
| DW | Trustee |
| TI | A Trustee in the Village? |
| RA | Were you called by him? Did he yell at you? Or some shit? Did that happen? Cause I called the guy, I jumped. I heard a rumor about that and I called the guy up. I'm not saying what I said to him, ahh I said to him, ahhh do you have information about somebody we been talking to in the Village. He knew who I was talking about. Ah well, ah, he's a – I said I understand. You know that you talked to this guy, you claiming you have photograph, if you have evidence that we should know about, I suggest you let us know A and B. I don't think you should be drawing any conclusions about anybody just because we talked to them, we talked to a lot of people in the Village. So I don't know what happened. I don't know if he talked to again since that time. Um, I didn't tell you about that conversation (unintelligible) He said I know Ray Felice, I said I don't give a shit who you know. It has nothing to do with what we're doing. Umm, but I suggested kinda without saying it, that he back off a little bit. I don't know if he did or didn't, but I had heard a rumor that he had called you in and oh I called him right away. I don't know – did you have another conversation with the guy since then? |
| TI | No? |
| DW | Yea, I talked to him |
| RA | Oh, yeah, is it all right or is he still breaking your balls? |
| DW | No, it's about work. |
| RA | Oh, o.k. |
| RI | o.k. |
| RA | Cause that's all it should be. We won't tolerate anything less. Anyway, that's where we're at and we wanted to tell you that in person you know relay the conversation to you personally. |
| TI | Right |

| | |
|---|---|
| RA | So um…We're convening a Grand Jury right now umm, umm I think, Did they sit yet? Or do they sit next week? |
| DW | Are they picked yet? |
| RA | This is when the time will come when we'll all have to shit or get off the pot is when the Grand Jury convenes. |
| TI | So times running out here Dan, you know? Basically you got a week to get I mean you could come in with your attorney but we gonna make motions to have him recused, and, and, and we feel very confident that it will be, you know, there will be a conflict. The judge will see it that way and you know you'll have to get another attorney. Uhm, and we're firm on that. We're not gonna talk to you with that guy representing you. That's not gonna happen. |
| RA | Yeah, that's not |
| RI | I'm telling you right now. The DA's on board with that and so are we. That's our recommendation o.k. |
| RA | Because as much as there are things that you can tell us and inform us about it will only be fair that we inform you of certain things, and we, in order for you to understand some of the things that we're doing and some of the questions that we ask you, it will be important that we explain to you what information we have and if your attorney is sitting there we….. |
| TI | (unintelligible)…although he is there to represent you, and he has an oath to represent you, o.k., he also represents other people that that are in direct conflict with what we're doing and we're just not comfortable with it. I'm not saying that he would do that. Hopefully he would never do that but we just we can't take that chance o.k. |
| DW | Yeah |
| TI | Right |
| DW | And you said that and then you said don't do anything |
| RA | Right, right, right, right right |
| DW | And then I'm dazed and confused here |
| RA | We had to run it by the DA first |

| DW | Right but |
|---|---|
| RA | I don't want to give any bad information or tell you anything that's not you know that's not correct, that's the reason that we say don't do anything and before we do anything we check with the DA that's what we've doing all along. |
| TI | We don't want to give you any inaccurate information any when we speak to you we want to be 100% sure of what we're telling you is correct and on the money. O.k. In the process of this, o.k., I mean the attorneys, the DA's, the Assistants, they have to check the law, they have to speak to their supervisors. There's a whole process, that's why its time consuming o.k.? |
| RA | And in this particular case they have to keep the DA informed |
| TI | Yes |
| RA | He's interested in this case, what's going on with it, and you know I can recommend ten attorneys |
| TI | Right |
| RA | And I've been told you don't mention any attorneys to him. He has the right to have whoever he wants |
| TI | Although that guy the guy who whats his name Renny |
| RA | Well then we talked to him. We were talking to him about Danny |
| TI | No, I know that yeah. I know that but he was, he had a good one. |
| RA | But we could recommend ten attorneys |
| TI | Right but |
| RA | We can't do that |
| DW | Yeah, but you said you were gonna give me a list of attorneys I couldn't use |
| RA | There are only two attorneys that you can't use. Those two. The one that we talked about originally and the second guy that I said to you originally. I don't see any reason why not, I didn't know he was defending…. |
| RA&TI | (talking over each other) |
| RA | The ADA said no no no we would have him recused also |
| TI | Right |

| | |
|---|---|
| RA | Those are the only two |
| DW | O'Connell and Gianelli are no good |
| TI | We're not going to talk to you – we're not to bring… |
| DW | With either one of them. |
| RA | Right |
| TI | Right |
| RA | You know what we would talk to you with Gianelli except the fact that Gianelli's gonna be recused because he's gotta, he's defending somebody else |
| TI | Right |
| RA | So you know it would be of no consequence, no good to you anyway |
| DW | So any other attorney that I walk in there with |
| RA | It doesn't matter |
| DW | No matter who they're representing |
| TI | How do you pick an attorney I mean you're a lay person, I'm a cop, I mean its like picking doctor you go by |
| DW | Well, I'm not gonna pick somebody out of the yellow pages without a reputation |
| TI | You go, you go by a reference. Ah, you know somebody who used this guy he's a good guy they were happy with his services and that's how you do it. I mean that's, I, we can't tell you who to pick just kinda guide you like, you know, if you know somebody that's in fuckin' trouble and ask those people about this, how did you like the representation. I thought he was good. I thought he sucks, whatever, then you make a decision based on that. Don't go, yea, nah, I know. I'm saying, don't, certainly don't go to the fucking yellow pages picking out, you know, Lawyers-R-Us or something like that. That's ridiculous, we want you to have good representation. |
| RA | We want you to have good representation |
| TI | Yeah |
| DW | Who is, who is, Can I ask ya who is he representing that's, that's |
| TI | Who? |

| | |
|---|---|
| DW | O'Connell |
| TI | Can't tell you |
| RA | Can't tell you that |
| TI | No, can't tell you that |
| RA | He's been in to see the DA already. . |
| TI | If that wasn't the case we would have not problem with the guy. |
| RA | I don't have no problem. He's and honest guy, he's competent. |
| TI | Yeah he knows what he's doing, if that wasn't the case, then we'd have no problem with it, but unfortunately that's not the case. And then, and there is a fucking, or we see there is a conflict there so. |
| RA | You know, God Forbid, we sit down and talk to you with a guy like that. Not a guy like that. That particular guy and something happens that jeopardizes another case where you have information that jeopardizes another case and they start looking at us and you and saying well Jesus Christ how else did they find out and meanwhile it could have been a number of ways, but we look like, we look like we're the bad guys. |
| TI | The repercussions of something like that, is just it's not worth the fucking risk. It's just not worth the fucking risk. |
| RA | And like I said, the people that we interviewed, that we talked to about you, say you deserve a shot and we're really trying hard to give you a shot, we really are. O.k.? |
| Dw | I don't deserve to be in this car, I don't deserve to be in any of this shit. |
| RA | Yes you do |
| DW | You know what I'm telling you. You guys want you guys are building this case against me your barking up the wrong tree. |
| RA | No we're not |
| DW | You are, because I'm a decent person and I worked hard for this fuckin' Village for all these years. I put my heart and soul into this and I treated their money, the taxpayer money, as if I was spending my own money and I'm a cheap fuck. |

| | |
|---|---|
| RA | (laugh) |
| TI | (laugh) Welcome to the club. |
| DW | So you know really that's the way I live my life and you guys....well |
| RA | Don't go any further. |
| TI | We would like to talk to you. |
| RA | I really would, I would like to show you and say to you what you did here, Danny was wrong. What you did on this case Danny was wrong. Somebody might have told you, you could do it but they fucking gave you illegal advice the wrong advice |
| TI | Right |
| DW | So shoot me right |
| RA | Exactly, shoot the messenger |
| TI | Remember what we said. Remember when I told you |
| DW | This is why civil servants are civil servants, you know |
| RA | That's right |
| DW | Because this is bullshit, you know. I tried I put out extra fuckin' time, I put a full days work in every fuckin' day (unintelligible) |
| RA | We know you do |
| DW | And I get to do this shit. I got physical problems with my neck. You guys are stressing the shit out of me and this is bull shit. |
| TI | Danny (unintelligible) |
| DW | You know, I'm just venting here but it's fuckin' bull shit. |
| TI | Danny when the shit hits the fan you know who its going to fall on. You know they put you up as a buffer. Danny we're trying, I wish we could open up. |
| DW | Well, go after the person that you're after instead of dragging me through this shit. |
| RA | Well unfortunately to get to this particular person there's a couple of people we gotta go through to get to their particular people and you're one of them. |
| TI | Yeah |
| RA | So, I mean it would be easy. We could just bring you in, indict you for what |

| | |
|---|---|
| | you did and its case closed. |
| TI | Yeah |
| RA | But those guys, those guys get off with it when all you did was something you were supposed to do and you were told to do |
| DW | (unintelligible) |
| RA | And we understand that |
| TI | And we understand that, that's why we're going further |
| DW | But if I don't to play the game then your going to drag me into it. |
| RA | We have no choice. (unintelligible) |
| TI | The easiest thing in the world for us to do is to lock you us case closed. We did our job, and everything is a fuckin' success story. |
| DW | And you would feel good about that shit? |
| TI | No no |
| RA | No no |
| DW | Knowing who I am I mean really, you guys just done the work you know I'm a decent person. |
| TI | Danny, Danny that's why we're trying to talk to you here that's why we're trying to do this. If we didn't give a shit about what we did or if we didn't give a shit about yourself, or the ramifications of you getting fuckin' locked up, alright, we just fuckin' lock you up and that, that's means we did our fuckin', we locked up the fuckin' the Super, the highway guy from fuckin' Patchogue. We did our fuckin' job, right but that's not, that's not the way we are – we understand |
| RA | That don't get the job done |
| TI | We understand and we understand who the fuckin' problems are and what the fuckin' problem is. You're a cog in the, your in the middle of this fuckin' thing and unfortunately, I mean you didn't do it of your own, we don't believe you did it on your own volition. We believe that you were fucking told to do certain things and act in a certain manner. We believe that, in our hearts we believe that. That's why we're sitting here talking to you hoping that you |

| | |
|---|---|
| | could fuckin', you know come on board with us. Cause we don't, you know what I mean. Danny we're working guys – you're a fuckin' working guy. O.k. everybody, anybody that we speak to that has done work for the Village all have said you're a decent fuckin' human being. O.k. Ray Felice who grew up in this fuckin' Village said Danny's a fuckin' working guy he got caught in the middle of this shit o.k. but the guys not a bad fuckin' guy. |
| RA | Say what you want about Ray Felice he's a decent |
| TI | Let me tell you he's gone to bat for you on a couple of occasions with us, and with the DA, but the problem is Danny we still got to do this fuckin' case and unfortunately you were put up as a fuckin' shield or whatever you want a fucking call it. And like I told you before, when the shit hit the fan unfortunately it hit you and didn't' hit the fuckin' people that we're really after. O.k., and now we have to deal with that, the easiest thing in the fucking world for us to do is to lock you up, Indict you. Fuck your whole life up. We come out swell, the DA looks at us and says you know there guys did a fuckin' great job. Look what they did over there. They locked up this fucking guy from Patchogue. We were having a problem over there. It's taken care of. That's the answer. But the truth of the matter is, that's not the fucking answer. |
| RA | See you see this thing from the perspective of Patchogue Village. |
| TI | Right |
| RA | We look way beyond that. You know. This involves Towns, involves County and involves a lot of different things. |
| TI | A lot of different fuckin' players. |
| RA | And a lot of different players some of whom are players in the Village and some of whom have moved on publicly. |
| TI | Right. |
| RA | So it involves a great deal more than just the Village. I, I really can't say anything more than that, you know, without revealing, you know, some information. We have a lot of information |
| TI | Danny, you can do what we're saying o.k. or you can, you can come in with your attorney and just surrender. I mean that, those, are the options right now, |

| | |
|---|---|
| | all right. Again, come in with the attorney you have right now we're not gonna deal with him. We'll just , we'll process you that's it. O.k. or you can look for another guy. |
| RA | How that will work out. How that will play out is if you can come in with that attorney we'll have him recused hopefully. |
| TI | And your gonna get another attorney. |
| RA | And your gonna get another attorney anyway. |
| TI | At least have one of your fuckin' own choice. |
| RA | And you may wind up in the same situation, except you will have taken a collar. Once you take the collar I don't know what the situation is with your job. |
| TI | Let me ask you this |
| RA | (unintelligible) |
| RI | Who's paying for your attorney now, is it the Village? |
| DW | Right now – the Village. |
| TI | Yeah you know what, I think and I'm not, I'm not one hundred percent sure but I think once you take a collar, a collar, they stop fuckin' paying. It's gotta come from you. I think you should check that you should really check that but that's my belief on it. Once your arrested they stop fuckin' indemnifying you. I'm not one hundred percent sure. |
| RA | Don't take a collar man, you don't have to take a collar. |
| TI | You don't have to there's no reason for it. There's no reason really there is no fuckin' reason for it. |
| DW | So how do I know there's not a collar after you, I bring in another attorney? |
| TI | Once you have another attorney, then we'll come to an agreement. |
| RA | Then we'll come to an agreement with that attorney. |
| TI | That's why we want the attorney there so that your covered. You understand that's why we we want you represented so that your fuckin' covered, there's somebody looking out after your fucking best interests |
| RA | Danny there's nothing stopping me right now from reaching into my back |

| | |
|---|---|
| | pocket taking out a set of handcuffs on you and bringing you in right now, right now this minute, lock up the fuckin' truck lets go, nothing stopping me. |
| TI | What's on you is done, its done. |
| RA | It's a question of whether we want to proceed with it or not. Whether we just want to make the collar and say we did our job or say we really didn't do our job. This guy he just got in the middle of it. He really shouldn't take it. |
| TI | I'm probably gonna say something I shouldn't be saying but I'm gonna say it anyway. Not that he got in the middle, that he was put in the fuckin' middle, o.k. and that's our belief, you were put in the middle of this thing for various reasons. You know Danny, you know I'm the Grim Reaper here but you know, we think, we think you should know, this is where we're at this point in time and its almost time to shit or get off the pot, you know. |
| DW | No, just steer me in a direction. |
| RA | We wish we could |
| TI | I wish I could fucking write it down on a piece of paper and hand it to you but I'm not gonna do that, that's unethical, its not something we can do, um… |
| RA | …Can't do it. |
| TI | My only suggestion is just don't go to fuckin' Lawyers-R-Us. If you know somebody that got into trouble, you know, ask around o.k., if they had good representation. See how they like the representation, if they were happy with it then you make the fucking decision. You know we can't. I can't, we can't steer you to anybody in particular. The only thing I can suggest is go to somebody that you fuckin' know that got into trouble. You know. Similar to, you know, your type of trouble, if they were happy with their representation, then you know its like picking a fuckin' doctor. Your know what I'm saying. |
| DW | All right. |
| TI | That's it man |
| DW | o.k. |
| TI | Anything else Bob |
| RA | No |

| | |
|---|---|
| TI | That's it |
| RA | When we go back to the office, I'm gonna check and double check that that's the only two lawyers we would have a problem with. I don't wanna do this fucking thing again, and you come back and say what about so-and-so and the lawyers we're dealing with say no, no. I'm gonna double check that. So if you get beeped by us again, that's what its about. Other than that, we'll expect to hear from you that you have an attorney, o.k.? |
| DW | Yup. |
| TI | How's your back from the flop you took? |
| DW | I had two operations on my neck |
| UNK | (conversations inside 7-11 store) (background) |