POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
STATEMENT FORM
PDCS-1165b

C.C. # 02-99/682
Date 3/27/03    Time 210
Page 1 of 2

I, Richard J. Goodman _____ (being duly sworn) depos
   name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am **49**
                                                                                                (age)

I was born on **3/26/54**. I am giving this statement to **Det Thomas J Acupelli #308**
              d.o.b.                                        (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am presently at my residence, 123 Jennings
ave Patchogue New York giving this statement to
Det J Acupelli and Det Amato. On or about October
13, 1997 I received a letter from the Village of
Patchogue which stated a violation was found on
my premises. It also stated that the Village could
not obtain liability Insurance and I would have
to repair the violation at my own expense.
On or about November 19, 1997 I received
a second letter from the Village of Patchogue
signed By Mary Portieri which stated the work
will be done By 12/1/97 if the work was
not done prior to that date. Subsequent to
the second letter I met with Dan Winship
In front of my residence. Mr. Winship stated
**Implied** that the entire sidewalk will have to be replaced.
Mr. Winship furnished me with Debut Concrete
phone number and Informed me that Debut
Concrete had the Village contract. Mr. Winship
implied that if I used Debut Concrete
I would not have a problem with the Patchogue
Village code. Mr. Winship Informed me if I
used Debut Concrete I could have the

Witness DA? _____ #308    3/27/03

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

_____ 3/27/02
Signature of person giving statement    Date

Signature of person givi

_____

Sworn to before me



**POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.**
**STATEMENT FORM**
**PDCS-1165b**

C.C. # 02-99/682
Date 2/27/03   Time 21
Page 2 of 2

I, _____ (being duly sworn) depose
        name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _____
        (age)

I was born on _____ . I am giving this statement to _____
        d.o.b.             (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

Richard J. Goodman statement continued.
sidewalk and the curb done simultaneously.
The sidewalk and the curb was installed
on or about June or July of 1998. I paid
Debut Concrete for the sidewalk on July 9, 1998
By check; # 5936. the check was made payable
to Stephen Milvel. I have read the above
statement consisting of two pages and
swear that it is all true.

Witness DAT Stephen #S2U 5/27/03
False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

Signature of person giving

Signature of person giving statement     Date        Sworn to before me   7/27/03

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
STATEMENT FORM
PDCS-1165b

C.C. # 02-591682
Date 3/27/03  Time
Page 1 of 2

I, **Edward R. Detweiler**
(name)

_____ (being duly sworn) dep

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am **3 C** (age)

I was born on **2/15/64**. I am giving this statement to **DAI Thomas IAcopelli #30**
(d.o.b.)                                                    (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am giving this statement to Det IAcop
and Det. Amato at my office; 2150 Smithtown
Ave; Ronkonkoma NY. To the best of my recollection
on November 3, 1997 I received a letter from the
Village of Patchogue. In that letter it was determined
that my sidewalk in front of my residence; 13(1)
Jennings Ave had a violation. Additionally, the letter
stated that I had to fix the violations because
the Village of Patchogue was unable to get liability
insurance. This letter was signed by Mary
Pontieri the Village Clerk. Subsequent to the letter
I made an appointment with Dan Wirshup
an inspector with the Village. I informed Mr
Wirshup that the damage to my sidewalk was
caused by a snow plow during snow removal.
Mr. Wirshup told me that there was no proof
that the snow plow damaged the sidewalk and
I was responsable for replacing the sidewalk.
Mr. Wirshup told me that there were enough cracks
in the sidewalk so that the entire sidewalk had
to be replaced. At this point in time I felt
that I was under a lot of pressure to get
the sidewalk replaced. On May 26, 1998 I received

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

Witness T. IAcopelli #308  3/27/13

Signature of person giving statement _____  Date 3/27/03

Signature of person givi

Sworn to before me



**POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.**
**STATEMENT FORM**
PDCS-1165b

I, _____ (being duly sworn) dep
  name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am ____
  (age)

I was born on _____. I am giving this statement to _____
  d.o.b.                                              (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

Edward R. Detweiler statement continued.
a second letter from Mary Pontreni, which stated
that the sidewalk work was scheduled for June
22, 1998 and that I would have to pay for it.
After receiving the second letter I felt even
more pressure to have the sidewalk replaced.
Subsequently, I decided to have Debut Concrete
replace the sidewalk in coordination with the
curb replacement. After the job was done I
expressed to Debut Concrete that the job was not
done correctly in that there was no expansion
joint between the sidewalk and curb. The person
from Debut told me that the job was done
according to state code and that they would
know best because they do all the municipal
jobs. I have read the above statement consisting
of two pages and swear that it is all true

witness DAF H. Jay #800 3/27/03

**False statements made herein are punishable as a class**
**"A" misdemeanor pursuant to Section 210.45 of the Penal**
**Law**

X Edward R Detweiler        3/27/03
Signature of person giving statement          Date

Signature of person givin

Sworn to before me



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
STATEMENT FORM
PDCS-1165b

C.C. # 02-99682
Date 3/20/03 Time 5
Page 1 of 3

I, Matthew A. Koch
name
_____ (being duly sworn) depo

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am 30
(age)

I was born on 5/4/72. I am giving this statement to DET Shawn Dragotti #3
d.o.b.                                         (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am giving this statement to Det. Dacopelli at my residence 140 Jennings ave Patchogue. I have lived here, with my wife and mother in law since 1995. On or about mid October 1997 my mother in law Lucy Brown who is the owner of ohur residence recived a letter from the village of Patchogue which stated that the village was unable to get Liability Insurance on its streets and sidewalls and that a violation has been found on our premises. The letter stated that we had forty-eight hours to repair and make safe these violations. Immidiatly after recieving the letter I called the village and spoke with a female whom I believe to be Mary Pontieri the author of the letter and village clerk. After a brief discussion with her regarding my request to have someone show me what was wrong she told me that someone from the village would come to my residence. Within a weeks time Mr. Don Winsham arrived at my residence. He and I stood on the sidewalk in front of my house and he pointed to minor cracks on the sidewalk which he said

X DAS Digit #300 3/20/03
False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

X _____          3/20/03
Signature of person giving statement        Date

Signature of person givi

Sworn to before me

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
**STATEMENT FORM**
PDCS-1165b

C.C. #_____
Date 3/20/03 Time \_\_\_
Page 2 of 3



I, _____ (being duly sworn) dep\_\_\_
           name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _____
                (age)

I was born on _____ . I am giving this statement to _____
        d.o.b.                      (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

*Statement continued*

were in violation and that the cracks were tripping hazards. I would like to state that the sidewalk was even and although there were minor cracks in it there were no depressions or elevations to the sidewalk. After approximately a half hour conversation with Don Winship he informed me that the sidewalk had to be replaced. I questioned Mr. Winship about the forty-eighth time period mentioned in the letter from the village and he impressed upon me that the work had to be done as soon as possible. I told him that I wanted to bring in contractors to get estimates. Just prior to or just after I told him about estimates he handed me a business card from Arbut Concrete. Don Winship told me that some contractors do not know what the village codes are. He stated that Arbut Concrete knows the codes for the village and that Arbut Concrete was doing work for the village. He also stated to me if the job was not done to code it would have to be

‡ _____ #3UP 3/20/03

**False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law**

‡ _____     3/20/03
  Signature of person giving statement         Date

Signature of person givi\_\_

Sworn to before me

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
STATEMENT FORM
PDCS-1165b

C.C. # 02-99/682
Date 3/20/03 Time 15
Page 3 of 3



I, _____ (being duly sworn) depo
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _____
(age)

I was born on _____ . I am giving this statement to _____
d.o.b.                                    (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

Statement continued
torn up and redone and I would have
to occur the expense for the job again.
I would like to state that during the
conversation with Mr. Winship I felt an
enormous amount a pressure to have this
work done immediatley and additionally
I felt a considerable amount of pressure
to have Debut Concrete do the job. I have
read the above statement consisting of three
pages and sworn that it is all true

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

Signature of person giving statement          3/20/03
Date

Signature of person givi

Sworn to before me

Page 1 of 2.

I, Barbara Valencia do make the following Statement:

I am 50 years old born 2/12/53 in Amityville, N.Y.

I live at 131 Jennings Ave, Patchogue with my husband Oscar.

On or about October 8, 1997 We received a letter from Patchogue Village advising us that The Village was unable to obtain liability insurance and that there was some kind of violation on our sidewalk. We were advised to make the necessary repairs within 48 hours.

I answered the village letter by correspondence asking for more time due to recent financial expenditures.

About a month later about November 19, 1997 I received another letter from the Village clerk Mary Pontieri advising that I had not responded to their first letter.

I called the Village and advised them to refer to my correspondence following their Oct 8 letter. Two Days later a village employee Dan Wireshop called me back. He told me that if I don't replace the sidewalk in front of my house, the Village highway department would arrange to do it and bill the expense into my taxes.

A few weeks later he showed up at my door, I think Dec 5, 1997 and told me that Dedut Construction would be doing the curbs in the village and that I should probably give them a call as then the job would be done at one time.

I had already gotten some estimates for the work

and one of the estimates was lower than the one that DeSoto gave to me when he came to estimate. I decided to go with DeSoto sometime in early June 1998, because I received another letter from the Village which told me that work was going to begin on June 22, 1998 and it would be billed to me.

DeSoto Construction did show up the week of June 22, 1998 and did replace the sidewalk, curbing and apron in front of my house.

The work performed was shoddy and I had to call DeSoto back to repair the driveway apron.

~~I ever~~ In October 1998, DeSoto ~~by~~ still had not returned ~~●~~ Fix my driveway so I ~~called~~ contacted by the Village. Dr. Winship came by and said the Village would take care of the problem which they did.

I would like to say that my husband and I felt pressured by the Village to have the sidewalk done by DeSoto Construction.

I have read the above and I swear it is all true.

Sworn to before me
this ___ day of March, 2003
Robert Amato

x _____

ROBERT AMATO
Notary Public, State of New York
No. 52-0057910
Qualified in Suffolk County
Commission Expires March 30, 19 ___
Feb 28, 2004

+ _____
Witness



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
**STATEMENT FORM**
PDCS-1165b

C.C. # 02-99/682

Date 3/27/03   Time/

Page 1 of 2

I, _Edward Rafano_
    name
_____ (being duly sworn) depo

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am **44**
(age)

I was born on _10/20/58_. I am giving this statement to _D.A.I Thomas Iacopelli #30_
              d.o.b.                                    (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am giving this statement to Det
Iacopelli and Det Amato at my residence
33 Terrypine Lane Medford N.Y, also present
is my wife Debra Rafano. I am the owner
of 74 Terry st Patchogue and in the fall
of 1999 I was the owner and proprietor
of Village Automotive located at 72 Terry st
Patchogue. N.Y. In the fall of 1999 I was the
owner of Both properties. On or about that
time the sidewalk in front of 74 Terry st
and the driveway apron between 74 and 72 Terry
st. was torn up by a private contractor now known
to me as Debut Concrete. The sidewalk and
driveway apron at that time was ten years old
with no apparent cracks or defaults. I was
never notified by the village that the work
was to be done and I was never notified
that the sidewalk was in violation of the village
code. When Debut Concrete tore the sidewalk
and apron up I was informed that the village
was replacing all the sidewalks. Mayor Keegan
came to location and informed me that
everything will be taken care of. Approximately

witness D.A.I.Y. Iacopelli #30  3/27/03

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

Signature of person givi

_Edward Rafano_          3/27/03
Signature of person giving statement    Date

Sworn to before me

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
**STATEMENT FORM**
PDCS-1165b

C.C. # 02-99 1682
Date 3/27/03  Time 1/2
Page 2 of 2



I, _____ (being duly sworn) depos
 name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _____
 (age)

I was born on _____ . I am giving this statement to _____
 d.o.b.  (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

Edward Retano statement continued.
one month after this incident I received
a Bill from the village amounting to approximately
$1500.00 usc. I called the village and was
informed that if I did not pay the Bill
it would be added to my taxes. Subsequently
my wife Debra called the village and spoke to
Mary Pontiere. She was told by Mary that
everything would be taken care of. I have
never received another Bill from the village of
Patchogue. I would like to add that the
only work done was the sidewalk in front
of 74 Terry st and the driveway apron
Between 74 and 72 Terry st. the sidewalk
in front of 72 Terry st was never replaced.
I have read the above statement
consisting of two pages and swear that
it is all true.

Witness DAT Iacopelli #308 3/27/03

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

Signature of person giving statement _____  3/27/03
 Date

Signature of person giv

Sworn to before me

Statement of Kevin Martens Page 1

I Kevin Martens do make the following Statement: I am
47 years old born 9/28/55 in Canarsie, N.Y. I live at
143 Jennings Ave, Patchogue Village N.Y. Tel 631-654-2064,
with my Mother. We are presently in the process of
moving to North Carolina, Randleman town. Tel 336-495-6478.

In August of 1997 we received a certified letter from the
Village of Patchogue which advised us that the village was not
able to secure Liability insurance ~~name~~ on its streets.
the Village further advised that was a violation on our
premises in that our Sidewalk was in need of repair.
I had been planning on making sidewalk repairs
at about the time I got the certified letter.

After receiving the letter I spoke over the phone with Village
clerk Mary Pontieri and Dan Wieshop the Super of Highways
Either Pontieri or Wieshop explained to me that it I
didn't have the money for the repairs, I could get a loan
from Commercial Credit Development Corporation. the
contact people were Peter Moscoho (phonetic Spelling) or
Anthony Falcone tel 475-3851. I decided not to borrow the
money after talking to the folks at Commercial Credit.

Wieshop came by a number of times and he told me that
I could not just repair the broken sidewalk and leave
the good part I had to have the whole sidewalk
replaced. Mrs. Pontieri also told me the same thing.
Wieshop recommended Desot Concrete to do the sidewalk
in front of our house. He said that Desot was under
contract to do the curbs in Village and that they were

_/s/ KAM_

familiar with the village codes. Wiskup said that he would arrange for someone from Debot Concrete to come by. Someone from Debot did stop by and gave an estimate to my mother and father while I was at work. I agreed to have Debot Concrete do the work which also included a driveway and short walk. I paid Debot $2600.00 of which $1900.00 was for the sidewalk and Driveway Apron.

The job was completed sometime in October 1997.

I would like to point out that upon receiving the letter my family and I felt pressured to replace the sidewalk. But, as soon as I contacted Pontieri and Wiskup and agreed on Debot Concrete, they told me not to worry about any time limitations and even granted me an extension.

I recall making a comment to Pontieri that under the circumstances I expected to see a lot of new sidewalks going in.

I have read the above and I swear it is all true.

Sworn to before Me
This 24th day of March 2003

Robert Amato

ROBERT AMATO
Notary Public, State of New York
No. 52-0057910
Qualified in Suffolk County
Commission Expires March 30, 19__
Feb 28, 2004

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
**STATEMENT FORM**
PDCS-1165b

C.C. # 02-99/682
Date 4/29/13 Time 10
Page 1 of 1

I, __Edward Hughes__ (being duly sworn) depos
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am __43__
age

I was born on __2/23/60__. I am giving this statement to __SAI Thomas Dacofell__
d.o.b.                                        (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am giving this statement to
Dt Iacopelli and Dt Amato at my office
Pilgrim Skidmore Associates INC. 218 Medford
Ave. Patchogue. I have been a Broker with
Pilgrim Skidmore since 1991 and have handled
the Patchogue Village account since that time.
To the Best of my recollection Patchogue Village
has never experienced a problem obtaining
Liability Insurance as it pertains to streets
curbing and sidewalks. I have read the
above statement consisting of one page
and swear that it is all true.

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law.

_Edward Hughes_     4/29/03
Signature of person giving statement    Date

Signature of person givin

Sworn to before me



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
**STATEMENT FORM**
PDCS-1165b

C.C. # 02-99/682
Date 1/2/03 Time
Page 1 of 1

I, Richard Colome
name _____ (being duly sworn) dep

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am 5 [age]

I was born on 8/17/48. I am giving this statement to DAF Thomas Iacapelli #
d.o.b. (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am a Vice President for the Wright Risk
Management Company INC. on the Claims Department
for the past twelve (12) years and have had
the Village of Patchogue as an insured with
NYMIR since mid 1994 to the present time.
In that time and to my knowledge the Village
of Patchogue has not had a problem or issue
as it pertains to Liability Insurance with
regard to sidewalks, curbing or streets.
I have read the above statement consisting of
one (1) page and sworn that it is all true.

~~DAF~~ ~~Iacapelli #300~~ 1/2/03

**False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law**

Richard Colome 1/2/03
Signature of person giving statement / Date

Signature of person givin

NOTARY PUBLIC, STATE OF NEW YORK
RESIDING IN SUFFOLK COUNTY
No. 02-0073...
COMMISSION EXPIRES

Sworn to before me this 2nd Day of



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
**STATEMENT FORM**
PDCS-1165b

I, _Paul R. Pearo_ _____ (being duly sworn) depos
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am __33__
(age)

I was born on _5/24/69_. I am giving this statement to _DAI Thomas A. Iacopelli #308_
d.o.b.                                        (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am at my residence 62 Pank ave Patchogue giving this statement to Det. Iacopelli and Det. Pinneto from the Suffolk County District Attorney's office. On or about the spring of 1999 I received a letter from the village of Patchogue signed by the village Clerk, Mary Pontieri. The letter stated that there were violations on my sidewalk and they had to be repaired in forty-eight hours. I called Mary Pontieri immediately and she stated that someone made a complaint about the sidewalk. She declined to identify that person. Within a day or two Dan Winshury came to my residence inspected the sidewalk and stated the sidewalk had to be replaced. Within a week the sidewalk was blocked by orange and white highway barriers with bright yellow tape. Within a month, possibly six weeks I attended a meeting at the Patchogue village Town Hall to ascertain if I would be granted alternate solutions to the sidewalk issue. After a closed door executive session Mayor Kreegan informed me that I would have to replace the sidewalk

address _____ 4/24/03

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

Signature of person giving statement _____ Date 4/24/03

Signature of person givi

Sworn to before me

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
STATEMENT FORM
PDCS-1165b

C.C. # 02-59182
Date 4/24/03 Time 1:52
Page 2 of 3



I, _____ (being duly sworn) depos
       name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _____
                                                                                                          (age)

I was born on _____. I am giving this statement to _____
                d.o.b.                                    (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

*Paul Pearl statement continual.
But the Village would replace the curbing
around my residence. He also stated that
he would have the company that had the contract with
the Village do the side walks and that they
would charge me the State Bid Rate. Within
a couple of days Don Winship and Steve
Mlui from Debut Concrete come to my house.
Don Winship stated that Debut concrete
was the company that did the Village work
and they would do a good job on my sidewalk.
I would like to state that during
the entire process since receiving the letter
from the Village I felt a considerable amount
of pressure to have the sidewalk replaced. In
my conversations with Mayor Kragan and Don
Winship I was made to feel that it would
be in my best interest to use Debut Concrete.
All during this process I complained to
Mary Ponticri and Don Winship that there were
other sidewalks in the Neighborhood that
were in worse shape. Mary Ponticri informed me
that they can only do one job at a time

✓continual P.P. Un _____ 4/24/03

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

✗ Paul R Pearl _____ 4/24/03
Signature of person giving statement       Date

Signature of person givi

Sworn to before me

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
STATEMENT FORM
PDCS-1165b

C.C. # 02-99182
Date 4/24/03   Time 1150
Page 3 of 3



I, _____ (being duly sworn) deposes
        name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _____
                                                                                                (age)

I was born on _____ . I am giving this statement to _____
                d.o.b.                                      (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

Paul Pearo statement continued.
and that they are going to get to the rest.
Until this day those other sidewalks have no
not been repaired or replaced. Furthermore,
Don Winshuy changed the agired width of
the sidewalk from 3½ feet wide to 4 feet
wide. I have read the above statement consisting
of three pages and swear that it is all
true.

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

_____        4/24/03
Signature of person giving statement      Date

Signature of person giving s

_____
Sworn to before me

19



**POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.**
**STATEMENT FORM**
PDCS-1165b

C.C. # 02-99/68?
Date 4/23/03  Time 1725
Page 1 of 1

I, _Aileen Nelson_ _____ (being duly sworn) depose
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _50_
(age)

I was born on _3/12/53_. I am giving this statement to _Det Thomas Iacopelli #380_
d.o.b.                                    (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am presently at my residence
259 Southport Street LowLow Kome N.Y.
giving this statement to Det Iacopelli and
Det Amato from the Suffolk County District
Attorneys office. On or about the fall of 1997
I received a letter from the village of Patchogue
signed By Mary Pontieri the village clerk.
In the letter it was stated that there
were violations to the sidewalk located at
21 North Prospect ave, Patchogue. I am the
sole owner of that property. Subsequently,
I contacted someone from Patchogue Village.
I was informed by that person that the
violations had to be corrected. I was also
Informed by that person that Debut Concrete
had the Village contract for the curbing. I
Informed that person that I was trying to
get the curbs repaired for the past ten years
to no avail. This person informed me that
Debut Concrete could do the repairs to the
sidewalk when they replaced the curbs. They
stated that I would have to pay for the
sidewalk and the village would pay for the curb.

x witness DAF Amato #302 4/23/03
**False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law**

x _Aileen Nelson_        4/23/03
Signature of person giving statement        Date

Signature of person giving

Sworn to before me



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
STATEMENT FORM
PDCS-1165b

C.C. # 02-99/682
Date 4/23/03 Time/2:5
Page 2 of 2

_____ (being duly sworn) depos

I,_____
         name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _____
                                                                                                   (age)

I was born on _____. I am giving this statement to _____
                  d.o.b.                                        (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

Aileen Nelson statement continued.

At this point I felt considerable
pressure to have the sidewalk repaired
in a timely manner. I felt additionally
I felt the pressure to use Debut Concrete
in order to have the repairs done in a timely
manner. The person I spoke with did not
recommend any other contractor except
Debut Concrete. I subsequently hired
Debut Concrete to replace three panels of
concrete on the sidewalk. I received
a letter from Debut Concrete post marked
January 28, 1998 stating that they performed
the work as per Village Specs. I relied
upon the recommendation of the person
I spoke with from the village that the
work performed by Debut Concrete would
satisfy the violations. I have read the
above statement consisting of two pages
and swear that it is all true.

Witnessed APTF4 Sanyoll #30 4/23/03

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

_Aileen Nelson_____    4/23/05
Signature of person giving statement        Date

Signature of person givi

Sworn to before me

**POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.**
**STATEMENT FORM**
PDCS-1165b

C.C. # 02-99/632
Date 4/2/03   Time
Page __1__ of __2__

I, __Mohammed G. Refaat__ _____ (being duly sworn) depo
        name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am __49__
                                                                                                              (age)

I was born on __9/25/53__ . I am giving this statement to __DAI Thomas Iacopelli #3__
              d.o.b.                                          (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am presently at my residence 144
Jennings ave giving this statement to Det Iacopelli
and Det. Amato. On or about September or
October of 1997, Don Winship, Village of
Patchogue Superintendent of Public Works came
to my home and told me that I had to get
my sidewalk replaced. He stated if I don't
get the job done, he would have the sidewalk
replaced and the Village of Patchogue would
change me for it. A couple of weeks after
this I received a letter from the Village of
Patchogue, signed by Mary Pontieri the
Village Clerk. The letter stated I had to
replace my sidewalk and so I had forty-eight
hours to do the work. At this point in
time I felt I was under a lot of pressure
to get the work done. After receiving the
letter Don Winship come back to my home on
at least two occasions and pressured me
to have the work done. Don Winship quoted
me a price to have the sidewalk replaced
although I can't remember the price he quoted
me. Subsequently, I hired my own

witness _____ #308   4/2/03

**False statements made herein are punishable as a class**
**"A" misdemeanor pursuant to Section 210.45 of the Penal**
**Law**

✗ Mohammed G. Refaat    4/2/03
   Signature of person giving statement      Date

Signature of person givi

Sworn to before me



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
**STATEMENT FORM**
PDCS-1165b

I, _____ name _____ (being duly sworn) depos

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _____ (age)

I was born on _____ d.o.b. _____ . I am giving this statement to _____ (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

Statement continued by Mohammed G. Refaat

meson to replace my sidewalk. I have

read the above statement consisting

of two pages and sware that it

is all true

witness _____ Jacob 308. 4/2/03

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

Signature of person giving statement: Mohammed G. Refaat    4/2/03
Date

Signature of person givi

Sworn to before me



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
**STATEMENT FORM**
PDCS-1165b

C.C. # 02-99/682
Date 3/27/03  Time 19
Page 1 of 1

I, David P. Garambone
   name
                                    (being duly sworn) depos

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am 51
                                                                                                      (age)

I was born on 5/12/51. I am giving this statement to DAI Thomas Iacopelli #30
              d.o.b.                                    (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am presently at my residence
185 North Ocean ave. Patchogue giving this
statement to Det. Iacopelli and Det. Amato.
On or about August or September 1998
I had my sidewalk in front of my residence
replaced By Debut Concrete. This job included
the full length of the side walk in front of
my house including the driveway apron.
The work cost me $1,000.00 use which I
Believed I paid for in a check made to cash.
I would like to add that the curb in front
of my house was not replaced. I had
the work done in response to a letter
I received from the Village of Patchogue dated
July 30, 1998 and signed By Mary Pontieri,
Village Clerk. I have read this above statement
consisting of one page and swear that it is
all true

witness [signature] 1688 3/27/03
**False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law**

X David Garambone    3/27/03
Signature of person giving statement    Date

Signature of person givi

Sworn to before me



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
**STATEMENT FORM**
PDCS-1165b

C.C. # 02-99/882
Date 4/2/03 Time 80
Page 1 of 2

I, Richard H. Minto _____ (being duly sworn) depos
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am 64
(age)

I was born on 1/17/39 . I am giving this statement to Det. Thomas Iacopelli #30
d.o.b.                                            (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am presently at my residence 189 North
Ocean Ave, Patchogue giving this statement to Det.
Iacopelli and Det. Amato. In response to a letter
from Patchogue Village signed by Mary Pontieri dated
August 11, 1998 I contacted Mary Pontieri and Don
Winship who is the Village of Patchogue Department of
Public Works superintendent. During telephone conversations
with Mary Pontieri and Don Winship I felt pressured
to have my sidewalk and driveway apron replaced due
to violations on the sidewalk that I was unaware
of. In my opinion the condition of my sidewalk
did not pose a tripping or saftey hazzard. My
sidewalk did have cracks on it but did not
have raised or depressed slabs. During my
conversations with Mary Pontieri and Don Winship
they strongly recommended that my sidewalk be
replaced by Debut Concrete. Mary Pontieri
told me that Debut Concrete does the work
for the Village of Patchogue. Mary Pontieri and
Don Winship directed me to have the entire
sidewalk and the driveway apron in front of my
residence replaced. I received another letter
from the Village of Patchogue dated May 28, 1999

witnessed _____

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

Signature of person giving statement     4/6/03     Sworn to before me
                                          Date

Signature of person g

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
STATEMENT FORM
PDCS-1165b

C.C. # 02-98/688
Date 4/5/03 Time 09/
Page 2 of 2



_____ (being duly sworn) depos
I_____
name
(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _____
(age)

I was born on _____. I am giving this statement to _____
d.o.b. (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

Richard H Minto statement continued

This letter was also signed By Mary Pontieri
Patchogue Village Clerk. The Letter stated that
the Village of Patchogue will have the sidewalk
work done on or about JUNE 21, 1999 By Debut
Concrete. At this point in time I felt even
more presscure to have the work done Subsequent
to the second letter dated May 28, 1999 during
telephone concversations with Mary Pontieri and
Don Winship it was recommended that Debut
Concrete be hired to replace the sidewalk.
I hired Debut Concrete to do the sidewalk
and apron in front of my Residence. I agreed
to pay Debut Concrete cash for a discounted
price. the work was completed in the summmer
of 1999. I have read the above statement
conseisting of two pages and swear that
it is all true

witness _____ 4/5/03

False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

Signature __Richard Minto__ 4/5/03
Signature of person giving statement        Date

Signature of person g

Sworn to before me

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
STATEMENT FORM
PDCS-1165b

C.C. # 02-99/642
Date 4/28/03   Time 10
Page 1 of 1

I, George L. Bookhrim _____ (being duly sworn) depos
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am 55
(age)

I was born on 1/25/48 . I am giving this statement to Det Eyuman Iacopilli #308
d.o.b.                                          (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am giving this statement to Det Iacopilli and
Det Amato at my residence 406 Library ave
Port Jefferson N.Y. I would like to state
that as of March 19, 1998 I was the owner
of 47 Jennings ave Patchogue. I remember receiving
a phone call from a male caller stating that he
worked for the Village of Patchogue. He stated
that my driveway apron at 47 Jennings ave
Patchogue was in violation to the Village code.
He stated that the apron needed to be repaired
as soon as possible. At that time I could not
afford to do the repair. To the best of my
recollection the repairs were never done and I
did not receive a bill and it was not assessed
to my taxes. I have read the above statement
consisting of one page and sworn that it
is all true

Witness Def _____ #308  4/28/03
False statements made herein are punishable as a class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

_____   4/28/03          Signature of person giving statement
Signature of person giving statement   Date

                                          Sworn to before me

Mayor ...
  Stephen E. Keegan

Trustees ...
  Lynn A. Davis
  Roy J. Donato
  XXXXXXXXXX   Elisabeth
  Edward A. Ihne        McGuire
  David M. Kennedy
  Peter A. Mosco

Village Clerk ...
  Mary Ponferi

INCORPORATED

*Village of Patchogue*

14 Baker Street • Post Office Box 719
PATCHOGUE, NEW YORK 11772

• (516) 475-4300
• FAX (516) 475-4314

EXHIBIT
Defendant's
A
12-28-06

<u>Return Receipt Requested</u>

August 26, 1999

Mr. & Mrs. Gregory Boussios
149 Pine Acres Boulevard
Deer Park, NY    11729

Re:    <u>4 & 6 Gilbert Street</u>
       <u>"Apron"</u>

Dear Mr. & Mrs. Boussios:

Please be informed that the Village of Patchogue, along with all
other Villages in the State of New York, has not been able to
obtain liability insurance on its streets and sidewalks and should
an accident occur, the Village would be open to serious liability
suit.   We must see to it that the adjacent land owners keep their
property in repair.   We trust you will understand our aim in
keeping sidewalks in repair and our liability at a minimum.

A violation has been found on your premises.   Therefore, please
take notice that pursuant to Ordinance 73 of the Incorporated
Village of Patchogue and Section 73.1 of the Village Law of the
State of New York, you are hereby required within two (2) weeks
after the time of the service of this notice upon you, to repair
and make safe, wholly at your expense, the sidewalk in front of the
complex allegedly owned by you, being known and designated as
**4 & 6 Gilbert Street, Patchogue, NY   11772.**

The sidewalk shall be repaired and made safe in accordance with the
established grade line and in accordance with the specifications
set forth in Ordinance 73 of the Incorporated Village of Patchogue.
All work to be performed in a good and workmanlike manner and all
materials to be standard grade and free from defects.

IN THE EVENT you do not repair and make safe such sidewalk as
required by this notice within the time specified, the Board of
Trustees of the Incorporated Village of Patchogue, Suffolk County,
New York, will cause such sidewalk to be repaired and made safe,

and will assess the expense thereof upon the aforesaid premises adjoining said sidewalk, to you, in accordance with the provisions of the Village Law of the State of New York relating thereto.

If you feel an extension of time will be necessary, if you have any questions, or if we can be of further assistance, please contact the Village Clerk's office or the Superintendent of Public Works and we will endeavor to assist you in any way possible. For your information, we are enclosing a copy of Ordinance 73.

Very truly yours,

Mary Pontieri
Village Clerk

/kl
Enclosure

*bousslossidewalklettergilbert*





6 Gilbert
6-30-99



4 Gilbert
6-30-99

Many
Various Locations
for Letters to
repair
Check with Steve
about 4-6 Gillet?

Stephen E. Keegan

Trustees ...
Lynn A. Davis
Roy J. Donato
Stephen Fusco
Edward A. Rine
David M. Kennedy
Peter A. Mosco

Village Clerk ...
Mary Pontieri

INCORPORATED

# Village of Patchogue

14 Baker Street • Post Office Box 719
PATCHOGUE, NEW YORK 11772

• (516) 475-4300
• FAX (516) 475-4314

**Return Receipt Requested**

May 28, 1999

EXHIBIT
Defendant's
B
12-28-00 bm

Richard and Marlene Minto
189 North Ocean Avenue
Patchogue, NY    11772

Re:  189 North Ocean Avenue
     Patchogue, NY    11772

Dear Mr. and Mrs. Minto:

On 8/12/98 you were notified by registered letter that the sidewalk at the above captioned address was in need of repair.

As of this date, the work has not been completed. The Village of Patchogue has contacted Debut Concrete and will begin work on or about June 21, 1999. As stated in Chapter 73-1-B7, Sidewalk Construction and Repair:

> "In the event that the owner of the property concerned shall fail to perform the work required by said notice in the manner set forth therein, within the time specified, the Board of Trustees may cause the sidewalk concerned to be repaired and made safe and the cost thereof shall be assessed against the property concerned

If you have any questions, please contact me at 475-4300.

Sincerely,

Mary Pontieri
Village Clerk

MP/kg
cc:  Daniel Wirshup
     Superintendent of Highways
     Enclosures

clerk/sidewalk,189nocean52899

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Richard + Marlene Minto
189 N Ocean Ave
Patchogue, NY 1,772

4a. Article Number  2518 172 744

4b. Service Type
☐ Registered    ☐ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise    ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
Marlene Minto

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-97-B-0179    **Domestic Return Receipt**

TOTAL Postage & Fees | $
Postmark or Date

---

A T E D

**Patchogue**

t • Post Office Box 719
NEW YORK 11772

ceipt Requested

999

---

Minto:

On 8/12/98 you were notified by registered letter that the sidewalk at the above captioned address was in need of repair.

As of this date, the work has not been completed. The Village of Patchogue has contacted Debut Concrete and will begin work on or about June 21, 1999. As stated in Chapter 73-1-B7, Sidewalk Construction and Repair:

> "In the event that the owner of the property concerned shall fail to perform the work required by said notice in the manner set forth therein, within the time specified, the Board of Trustees may cause the sidewalk concerned to be repaired and made safe and the cost thereof shall be assessed against the property concerned

If you have any questions, please contact me at 475-4300.

Re: 189 North Ocean Avenue
    Patchogue, NY 11772

Sincerely,

Mary Pontieri
Village Clerk

MP/kg
cc: Daniel Wirshup
    Superintendent of Highways
    Enclosures

clerk:sidewalk.189norcean.51899

**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to
R + M Minto

Street & Number
189 N Ocean Ave

Post Office, State, & ZIP Code
PATCHOGUE          1177

| Postage | $ | 55 |
| Certified Fee | | 2.66 |
| Special Delivery Fee | | |
| Restricted Delivery Fee | | |
| Return Receipt Showing to Whom & Date Delivered | | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | | |
| TOTAL Postage & Fees | $ | 3.20 |
| Postmark or Date | | |

PS Form 3800, April 1995

INCORPORATED

*Village of Patchogue*

14 Baker Street • Post Office Box 719
PATCHOGUE, NEW YORK 11772

• (516) 475-4300
&X (516) 475-4314

Return Receipt Requested

May 28, 1999

Minto
1ue
'2

Re: 189 North Ocean Avenue
Patchogue, NY 11772

--- --- ---. ---- ---. minto:

On 8/12/98 you were notified by registered letter that the sidewalk at the above captioned address was in need of repair.

As of this date, the work has not been completed. The Village of Patchogue has contacted Debut Concrete and will begin work on or about June 21, 1999. As stated in Chapter 73-1-B7, Sidewalk Construction and Repair:

"In the event that the owner of the property concerned shall fail to perform the work required by said notice in the manner set forth therein, within the time specified, the Board of Trustees may cause the sidewalk concerned to be repaired and made safe and the cost thereof shall be assessed against the property concerned

If you have any questions, please contact me at 475-4300.

Sincerely,

Mary Pontieri
Village Clerk

MP/kq
cc: Daniel Wirshup
    Superintendent of Highways
    Enclosures

clerk/sidewalk.189noocean52899



185-189 N. Ocean
6-28-99.



# VOLLMUTH & BRUSH

*Planning, Environmental Engineering & Land Surveying*

200 BLUE POINT AVENUE
BLUE POINT, NEW YORK 11715-1204

TEL 631-363-2683 • 212-775-0988
FAX 631-363-2062 • VOLLBRUSH.COM

January 5, 2004

Hon. Edward A. Ihne, Mayor
Incorporated Village of Patchogue
14 Baker Street
Patchogue, New York 11772

EXHIBIT
Defendant's
C
12-28-04, BM

Re:     **Debut Concrete Investigation**
        **Invoice # 597, DivisionAve. Baker Street, South Ocean Avenue**

Dear Mayor Ihne:

Pursuant to your request, I have prepared a report of the Jennings Avenue Improvement work installed under Invoice # 597. The following summarizes my findings regarding this Invoice:

The Village of Patchogue paid Debut Concrete a total of $15,752.50 as reimbursement for charges detailed under the subject Invoice. My investigation indicates that the correct reimbursement should have been $13,763.00. The overpayment of $1,989.50 represents 14.5% of the corrected invoice.

The primary deficiencies found on this invoice include charges for improvement quantities that were not installed and application of the incorrect County Contract unit charges.

**The following errors resulted in over payment to Debut Concrete:**

♦   **The major overpayment errors ($1,989.50) involved in the Invoice reimbursements were caused by:**

1.0  Failure to inspect the improvements during installation to ensure that the design specifications were being complied with. Debut Concrete charged for improvements that were not properly installed.

2.0  Failure to maintain detailed field records of the installation. This resulted in an overpayment for as built installed quantities of sidewalk, curbing and brick pavement.

3.0  The contractor applied the incorrect unit cost rates for the work completed on the project and charged for work that was not installed

4.0  It appears that Village staff attempted to correct the invoice with respect to Item 1A. The charge rate for the improvement was modified/revised by hand written note to $2,291.40 based on a rate of $40.00 per sq.yds. ($359.00 savings). The final invoice amount however was not corrected and the Purchase order signed by Mr. Wirshup was apparently issued for the full amount regardless of the notation.

If you have any questions concerning this report or the attached Invoice reviews please contact me at your convenience.

VOLLMUTH & BRUSH

Jeffrey P. Vollmuth, P.E.

| Item# | Description | Invoice Quantity | Unit | Invoice Unit Cost | Invoice Charge | Inspection Quantity | Unit | Inspection Unit Cost | Inspection Charge | Variance | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Division Street, Baker Street & S. Ocean | | | | | | | | | | |
| 1A | Removed and Replaced 6 inch sidewalk at Handicap Ramps | 57 | sq.yds | $ 46.50 | $ 2,650.50 | 58.8 | sq.yds | $ 40.50 | $ 2,379.74 | $ 270.76 | |
| | NW Corner of Division St. and S. Ocean | | | | | 5.6 | | | | | |
| | SW Corner of Division St and S. Ocean | | | | | 14.8 | | | | | |
| | SE Corner of Baker St and S. Ocean | | | | | 30.0 | | | | | |
| | NE Corner of Baker St and S. Ocean | | | | | 8.3 | | | | | |
| 1B | Curbing Remove and Replace | 64 | lin.ft. | $ 12.00 | $ 768.00 | 63.3 | lin.ft. | $ 12.00 | $ 759.96 | $ 8.04 | |
| 2 | Railroad Station & S. Ocean Ave. | | | | | | | | | | |
| 2A | Remove and Replace 4 inch Sidewalk | 235 | sq.yds | $ 27.00 | $ 6,345.00 | 213.7 | sq.yds | $ 23.63 | $ 5,048.02 | $ 1,296.98 | 3.5 inch sidewalk tested 3 locations |
| 3 | Front of St. Francis Church | | | | | | | | | | |
| 3A | Removed and Replaced 4 inch sidewalk | 78 | sq.yds | $ 27.00 | $ 2,106.00 | 69.6 | sq.yds | $ 27.00 | $ 1,878.39 | $ 227.61 | |
| 3B | Placed Curbing | 93 | lin.ft | $ 11.00 | $ 1,023.00 | 85.4 | lin.ft. | $ 11.00 | $ 939.62 | $ 83.38 | |
| 4 | South Ocean Avenue at Railroad Station | | | | | | | | | | |
| 4A | Placement of Brick Pavers | 260 | sq.ft. | $ 11.00 | $ 2,860.00 | 250.7 | sq.ft. | $ 11.00 | $ 2,757.28 | $ 102.72 | |
| | | | | **Totals** | **$15,752.50** | | | | **$13,763.00** | **$ 1,989.50** | |

Original Debut Invoice Amount:   $ 15,752.50
D. Worship Corrected Invoice Amount:
Actual Sum Total of D. Worship Corrections:   $ 13,763.00
V&B Inspection Based Correction   $ 1,989.50
Overall Estimated Overpay of Invoice
Percent over payment   14.46%

Letting No. 9-01.3.20 Contract Rates, Area 1:   (Letting Number not Specified in Invoice Apply based on date of Invoice 6/21/01 & Letting 4/19/01)

| Description | Quantity | Unit | Primary Vendor Unit Cost | Item | Vendor | Secondary Vendor Unit Cost | Item | Vendor |
|---|---|---|---|---|---|---|---|---|
| Sidewalk Remove and Replace (4 inch and 6 inch) | 342.0 | sq.yds remove and replace | $ 27.00 | 31D | Debut | $ 27.50 | 31D | Jadeco |
| Total Type A Curb Installed | 85.42 | lin. ft. Install only | $8.40 | 1A | Jadeco | $11.00 | 7A | Debut |
| Total Type A Curb Removed and Replaced | 63.3 | lin.ft. remove and replace | $9.90 | 7A | Jadeco | $12.00 | 7A | Debut |
| Brick Paving | 250.70 | sq.ft. | $8.95 | 76BP | Jadeco | 11.00 | 768P | Debut |

Note on Item 2:
Sidewalk Depth measured at 3.5 inches, 4 inches charged (3) locations tested

# DEBUT CONCRETE

140 FELL COURT
HAUPPAUGE, NY 11788

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/21/2001 | 597 |

**BILL TO**

PATCHOGUE, INC. VILLAGE OF
14 BAKER STREET
PATCHOGUE, NY 11772

ATTN: DAN WIRSHUP

**PROJECT/JOB**

VILLAGE OF PATCHOGUE
DIVISION AVE
BAKER STREET
SOUTH OCEAN AVE
PATCHOGUE, N.Y. 11772

**P.O. NO.**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| BELOW IS OUR BILL FOR WORK PERFORMED AT THE ABOVE REFERENCED LOCATIONS ALL WORK WAS PERFORMED UNDER SUFFOLK COUNTY DEPARTMENT OF PUBLIC WORKS LETTING CURBS & SIDEWALK | |
| 1) DIVISION ST., BAKER ST., & S. OCEAN AVE. | |
| A) REMOVED AND REPLACED 6" SIDEWALK AT 4 ~~HANDICAPPED RAMP~~ ITEM 105SRXWT | 2,291.40 ~~3,650.50~~ |
| 57 SQ. YDS @ $46.50 PER SQ. YD    49.30 | |
| B) REMOVED AND REPLACED 64 LF CURB AT 4 HANDICAPPED RAMPS ITEM 97 ARWT 10C @ $12 PER LF | 768.00 |
| 2) RAILROAD STATION SOUTH OCEAN AVENUE | |
| A) REMOVED AND REPLACED 4" SIDEWALK ITEM 105SRXWT 310 235 SQ. YDS. @ $27.00 PER SQ. YD. | 6,345.00 |
| 3) FRONT OF ST. FRANCIS CHURCH | |
| A) REMOVED AND REPLACED 4" SIDEWALK ITEM 105SRXWT 310  78 SQ. YDS. @ $27.00 PER SQ. YD | 2,106.00 |
| B) PLACED CURBING ITEM 97AWT  93LF @ $11.00 PER LF | 1,023.00 |
| 4) SOUTH OCEAN AVE AT RAILROAD STATION PLACED BRICK PAVERS ITEM 79 BP 260 SQ. FT. @ $11.00 PER SQ. FT. | 2,860.00 |

**Total**    $15,752.50

TEL: (516) 232-4460
FAX: (516) 232-5345

**INC. VILLAGE OF PATCHOGUE**
14 BAKER STREET BOX 719
PATCHOGUE, NEW YORK 11772
516-475-4300

SHIP TO US AT ABOVE ADDRESS IF NOT FILLED IN

TO Debot Concrete

NOT SUBJECT TO SALES TAX

| DATE | REQUIRED | BUDGET/CODE | | | PRICE | PER | AMOUNT |
|------|----------|-------------|--|--|-------|-----|--------|
| 2 5 01 | | 003 515 0252 0103 | | | | | |

| ITEM NO. | QUANTITY | DESCRIPTION | | | PRICE | PER | AMOUNT |
|----------|----------|-------------|--|--|-------|-----|--------|
| 503 | | Renew Aisle Sidewalk | | | | | 2,271 |
| | | Red Cap Leafs | | | | | |
| | | R.R. & Golf Curbing | | | | | |
| | | P.R. Sidewalk & Rehab. | | | | | |
| | | P.R. Sidewalk & Church | | | | | |
| | | Bus Curbing | | | | | |
| | | List Lowers | | | | | 2,160 |
| | | Lee & 6 tyler | | | | | 15,7 |
| | | Inv # 597 | | | | | |
| | | A for LDPW | | | | | |
| | | 9 01 320 | | | | | |
| | | | | | | | |

**Instructions and Conditions**
1. Please notify us immediately if you are unable to ship complete order by date specified.

AUTHORIZED SIGNATURE


January 5, 2004

Hon. Edward A. Ihne, Mayor
Incorporated Village of Patchogue
14 Baker Street
Patchogue, New York 11772

**Re:    Debut Concrete Investigation
       Invoice # 4741, Jennings Avenue**

Dear Mayor Ihne:

Pursuant to your request, I have prepared a report of the Jennings Avenue Improvement work installed under Invoice # 4741. The following summarizes my findings regarding this Invoice:

The Village of Patchogue paid Debut Concrete a total of $3,306.06 as reimbursement for charges detailed under the subject Invoice. My investigation indicates that the correct reimbursement should have been $2,380.08. The overpayment of $925.98 represents 39% of the corrected invoice.

The primary deficiencies found on this invoice include curb installed at less than the required depth, quantity over reporting and installation of monolithic curb and sidewalk sections.

**The following errors resulted in over payment to Debut Concrete:**

◆   **The major overpayment errors ($925.95) involved in the Invoice reimbursements were caused by:**

1.0   Failure to inspect the improvements during installation to ensure that the design specifications were being complied with. Debut Concrete charged for improvements that were not properly installed. Measured curb depths of 10 inches and 13 inches were found along the curb line. An 18 inch curb is required per standard. This results in the majority of the overpayment issue on this invoice based on a prorated unit cost charge.

2.0   Failure to maintain detailed field records of the installation. This resulted in an overpayment for as built installed quantity of curb.

3.0   The contractor incorrectly installed the curb and sidewalk sections at House # 123, #131, #134, #140 as monolithic sections which does not comply with Suffolk County or Village or Village of Patchogue Criteria/Requirements. Residents at each of the locations cited paid separately for sidewalk sections that are not correctly installed.

If you have any questions concerning this report or the attached Invoice reviews please contact me at your convenience.

                           VOLLMUTH & BRUSH

                           Jeffrey P. Vollmuth, P.E.

| Item# | | Invoice Quantity | Unit | Invoice Unit Cost | Invoice Charge | Inspection Quantity | Unit | Inspection Unit Cost | Inspection Charge | Variance | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | #123 Jennings Ave. Remove and Replace Concrete Curb | 99 | lin.ft | $8.45 | $836.55 | 97.0 | lin.ft | $6.10 | $591.97 | $244.58 | Curb installed monolithic with sidewalk and apron. |
| 2 | #131 Jennings Ave. Remove and Replace Concrete Curb | 66.25 | lin.ft | $8.45 | $559.81 | 66.0 | lin.ft | $6.10 | $402.78 | $157.03 | Curb installed monolithic with sidewalk and apron. |
| 3 | #134 Jennings Ave. Remove and Replace Concrete Curb | 61 | lin.ft | $8.45 | $515.45 | 61.0 | lin.ft | $6.10 | $372.27 | $143.18 | Curb installed monolithic with sidewalk and apron. |
| 4 | #140 Jennings Ave. Remove and Replace Concrete Curb | 64 | lin.ft | $8.45 | $540.80 | 64.0 | lin.ft | $6.10 | $390.58 | $150.22 | Curb installed monolithic with sidewalk and apron. |
| 5 | #144 Jennings Ave. Remove and Replace Concrete Curb | 101 | lin.ft | $8.45 | $853.45 | 102.0 | lin.ft | $6.10 | $622.46 | $220.97 | Curb, sidewalk and apron installed as separate items, non monolithic. |

Totals $3,306.06    $2,380.08 | $925.98

Original Debit Invoice Amount:    $ 3,306.06
D. Wenzltg Corrected Invoice Amount:
Actual Sum Total of D. Wenzltg Corrections:    $ 2,380.08
VAB Inspection Based Correction    $ 925.98
Overall Estimated Overpay of Invoice    38.91%
Percent over payment

Letting No. 6-97 2.26 Contract Rates, Area 1:

| Description | Quantity | Unit | | | Primary Vendor | |
|---|---|---|---|---|---|---|
| | | | | | Unit Cost Item | Vendor |
| Total Type A Curb Invoiced: remove and replace | 391.25 | lin. ft. remove and replace | | | $8.45 7C | Debit |
| Total Type A Curb Installed: remove and replace | 290.25 | lin. ft. remove and replace | | | $8.45 7C | Debit |

Note on Item 1:
Inspection of Curb Depth indicates 13 inch and 10 inch depth installed this analysis will assume 13 inches
Unit costs will be pro rate reduced to reflect 13 inches of concrete vs. 18 inches

# DEBUT CONCRETE CONSTRUCTION INC.

140 FELL COURT
SUITE 12
HAUPPAUGE, NY 11788

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/27/98 | 4741 |

| BILL TO |
|---------|
| INC. VILLAGE OF PATCHOGUE<br>14 BAKER STREET<br>PATCHOGUE, NY 11772 |

| PROJECT/JOB |
|-------------|
| JENNINGS AVE.<br><br>CONCRETE CURBING |

| P.O. NO. |
|----------|
|          |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| BELOW IS OUR BILL FOR WORK PERFORMED AT THE ABOVE REFERENCED JOB<br><br>REMOVAL AND REPLACEMENT OF CONCRETE CURB AT LOCATIONS BELOW, AS PER S.C. DPW CONTRACT # 6-97.2.26<br><br>#123    99 LF<br>#131    66.25 L<br>#134    61 LF<br>#140    64 LF<br>#144    101 LF<br>TOTAL 391.25 LF @ $8.45 PER LF | 3,306.06 |
| **Total** | $3,306.06 |

TEL: (516) 232-4460   FAX: (516) 232-5345



# Incorporated Village of Patchogue
14 BAKER STREET, PATCHOGUE, N.Y. 11772

## VOUCHER

DEPARTMENT ...................................... VENDOR No. 492500

CLAIMANT'S
NAME
AND
ADDRESS

DEBUT CONCRETE *Const. Inc.*
140 FELL COURT
HAUPPAUGE, NY 11788

Voucher No. 48318 ............................................ Vendor's Ref. No. ..............................

Do Not Write In This Box — For Municipal Use Only

| Date Voucher Received | 8-25-98 | |
|---|---|---|
| **FUND – APPROPRIATION** | | **AMOUNT** |
| 003-5112-0209 | | 3306 06 |
| | ▲ | |
| | | |
| | | |
| | **TOTAL** | 3306 06 |
| Check No. 30960 | P. O. No. | 37742 |

| Dates | Quantity | Description of Materials or Service | Unit Price | | Amount | |
|---|---|---|---|---|---|---|
| 7/27/98 | Jennings Ave. | | | | | |
| | 391.25 LF | | 8 | 45 | 3306 | 06 |
| | | | | | | |
| | per Invoice #4741 | | | | | |
| | | | | | | |
| | | | **TOTAL** | | 3306 | 06 |

## CLAIMANT'S CERTIFICATION

STEPHEN H. MILVIO ........................................., certify that the above account in the amount of $ 3306.06
is true and correct; that the items, services and disbursements charged were rendered to or for the municipality on the dates stated; that no part has been paid or satisfied; that taxes, from which the municipality is exempt, are not included; and that the amount claimed is actually due.

7/31/98
DATE

Stephen H Milvio
SIGNATURE

President
TITLE

(Do not Write In Space Below — For Municipal Use Only)

| DEPARTMENT APPROVAL | APPROVAL FOR PAYMENT |
|---|---|
| The above services or materials were rendered or furnished to the municipality on the dates stated and the charges are correct. | This claim is approved and ordered paid from the appropriations indicated above. |
| 8-21-98     D. Wils... | 9/9/98 |
| DATE     AUTHORIZED OFFICIAL | DATE     AUDITING BOARD |

(See Instructions on Reverse Side)

**Purchase Order** 37742

**INC. VILLAGE OF PATCHOGUE**
14 BAKER STREET, BOX 719
PATCHOGUE, NEW YORK 11772
516-475-4300

This order number must appear on all packages, correspondence, invoices and shipping papers.

SHIP TO: US AT ABOVE ADDRESS IF NOT FILLED IN

TO Debut Concrete Const.
140 Fell Court
Suite 12
Hauppauge NY     Chips

| DATE 8/19/98 | DATE REQUIRED | BUDGET Code(s): 03-5112-0209 | | | NOT SUBJECT TO SALES TAX |

| ITEM NO. | QUANTITY | DESCRIPTION | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|
| 23 Jennings | 99 L.F. | Remove + Replace Concrete Curb. | 8 45 | LF | 836 |
| 131 | 66.25 | " | 8 45 | LF | 559 |
| 134 | 61 | " | 8 45 | LF | 515 |
| 140 | 64 | " | 8 45 | LF | 540 |
| 144 | 101 | " | 8 45 | LF | 853 |
| | | Rec 7-27-98 | | | 3,306 |
| | | Inv #4741 | | | |
| | | Jennings Ave | | | |
| 219 Mulford 40 LF | 110 LF | Remove 30" Curb & Gutter 6. | 8 75 | LF | 962 |
| | 6.8 yds. | Remove 30" Gutter | 110 00 | yd | 748 |
| | | Rec 7/27/98 | | | 1,710 |
| | | Inv #4742 | | | |
| | | Mulford St | | | $5017 |
| | | Darling | | | |

**Instructions and Conditions**

1. Please notify us immediately if you are unable to ship complete order by date specified.

2. All materials subject to inspection on arrival, notwithstanding prior payment to obtain cash discount.

AUTHORIZED SIGNATURE

| Item# | | Invoice Quantity | Unit | Invoice Unit Cost | Invoice Charge | Inspection Quantity | Unit | Inspection Unit Cost | Inspection Charge | Variance | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Division Street, Baker Street & S. Ocean | | | | | | | | | | |
| 1A | Removed and Replaced 6 inch sidewalk at Handicap Ramps | 57 | sq.yds | $ 46.50 | $ 2,650.50 | 58.8 | sq.yds | $ 40.50 | $ 2,379.74 | $ 270.76 | |
| | NW Corner of Division St. and S. Ocean | | | | | 5.6 | | | | | |
| | SW Corner of Division St and S. Ocean | | | | | 14.8 | | | | | |
| | SE Corner of Baker St and S. Ocean | | | | | 30.0 | | | | | |
| | NE Corner of Baker St and S. Ocean | | | | | 8.3 | | | | | |
| 1B | Curbing Remove and Replace | 64 | lin.ft. | $ 12.00 | $ 768.00 | 63.3 | lin.ft. | $ 12.00 | $ 759.96 | $ 8.04 | |
| 2 | Railroad Station & S. Ocean Ave. | | | | | | | | | | |
| 2A | Remove and Replace 4 inch Sidewalk | 235 | sq.yds | $ 27.00 | $ 6,345.00 | 213.7 | sq.yds | $ 23.63 | $ 5,048.02 | $ 1,296.98 | 3.5 inch sidewalk tested 3 locations |
| 3 | Front of St. Frances Church | | | | | | | | | | |
| 3A | Removed and Replaced 4 inch sidewalk | 78 | sq.yds | $ 27.00 | $ 2,106.00 | 69.6 | sq.yds | $ 27.00 | $ 1,878.39 | $ 227.61 | |
| 3B | Placed Curbing | 93 | lin.ft. | $ 11.00 | $ 1,023.00 | 85.4 | lin.ft. | $ 11.00 | $ 939.62 | $ 83.38 | |
| 4 | South Ocean Avenue at Railroad Station | | | | | | | | | | |
| 4A | Placement of Brick Pavers | 260 | sq.ft. | $ 11.00 | $ 2,860.00 | 250.7 | sq.ft. | $ 11.00 | $ 2,757.28 | $ 102.72 | |
| | | | | Totals | $ 15,752.50 | | | | $ 13,763.00 | $ 1,989.50 | |

Original Debut Invoice Amount:   $ 15,752.50

D. Worship Corrected Invoice Amount:
Actual Sum Total of D. Worship Corrections:   $ 13,763.00
V&B Inspection Based Correction   $ 1,989.50
Overall Estimated Overpay of Invoice   14.46%
Percent over payment

Letting No. 9-01.3.20 Contract Rates, Area 1:   (Letting Number not Specified in Invoice Apply based on date of Invoice 6/21/01 & Letting 4/19/01)

| Description | Quantity | Unit | Primary Vendor Unit Cost | Item | Vendor | Secondary Vendor Unit Cost | Item | Vendor |
|---|---|---|---|---|---|---|---|---|
| Sidewalk Remove and Replace (4 inch and 6 inch) | 342.0 | sq.yds remove and replace | $ 27.00 | 31D | Debut | $ 27.50 | 31D | Jadeco |
| Total Type A Curb Installed | 85.42 | lin.ft. Install only | $8.90 | 1A | Jadeco | $11.00 | 1A | Debut |
| Total Type A Curb Removed and Replaced | 63.3 | lin.ft. remove and replace | $9.90 | 7A | Jadeco | $12.00 | 7A | Debut |
| Brick Paving | 250.70 | sq.ft. | $3.95 | 76BP | Jadeco | 11.00 | 76BP | Debut |

Note on Item 2:
Sidewalk Depth measured at 3.5 inches, 4 inches charged (3) locations tested

Invoice # 4741, 7/27/98
PO# 37742, Check #

Jennings Avenue
Debut Concrete

| Item # | Invoice Quantity | Unit | Invoice Unit Cost | Invoice Charge | Inspection Quantity | Unit | Inspection Unit Cost | Inspection Charge | Variance | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| #122 Jennings Ave. Remove and Replace Concrete Curb | 99 | lin.ft. | $8.45 | $836.55 | 97.0 | lin.ft. | $6.10 | $591.97 | $244.58 | Curb installed monolithic with sidewalk and apron. |
| #131 Jennings Ave. Remove and Replace Concrete Curb | 66.25 | lin.ft. | $8.45 | $559.81 | 66.0 | lin.ft. | $6.10 | $402.70 | $157.01 | Curb installed monolithic with sidewalk and apron. |
| #134 Jennings Ave. Remove and Replace Concrete Curb | 61 | lin.ft. | $8.45 | $515.45 | 61.0 | lin.ft. | $6.10 | $372.27 | $143.18 | Curb installed monolithic with sidewalk and apron. |
| #140 Jennings Ave. Remove and Replace Concrete Curb | 64 | lin.ft. | $8.45 | $540.80 | 64.0 | lin.ft. | $6.10 | $390.58 | $150.22 | Curb installed monolithic with sidewalk and apron. |
| #144 Jennings Ave. Remove and Replace Concrete Curb | 101 | lin.ft. | $8.45 | $853.45 | 102.0 | lin.ft. | $6.10 | $622.48 | $230.97 | Curb, sidewalk and apron installed as separate items, non monolithic |
| Totals | | | | $ 3,306.06 | | | | $ 2,380.08 | $ 925.98 | |

Original Debut Invoice Amount:                    $  3,306.06
D. Worship Corrected Invoice Amount:
Actual Sum Total of D. Worship Corrections.    $  2,380.08
V&B Inspection Based Correction                   $     925.98
Overall Estimated Overpay of Invoice              38.91%
Percent over payment

Letting No. 6-97 2.26 Contract Rates, Area 1:

| Description | Quantity | Unit | Primary Vendor Unit Cost Item | Vendor |
|---|---|---|---|---|
| Total Type A Curb Invoiced: remove and replace | 391.25 lin.ft. | remove and replace | $8.45  7C | Debut |
| Total Type A Curb Installed remove and replace | 230.25 lin.ft. | remove and replace | $8.45  7C | Debut |

Note on item 1:
Inspection of Curb Depth indicates 13 inch and 10 inch depth installed this analysis will assume 13 inches
Unit costs will be pro rate reduced to reflect 13 inches of concrete vs. 15 inches