UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RD-6665

DANIEL WIRSHUP,

                         Plaintiff,      **NOTICE OF EXHIBIT BEING FILED IN HARDCOPY**

-against-

                                       **CV05-4086 (ERK)(ARL)**

SUFFOLK COUNTY POLICE DEPARTMENT; THOMAS J. SPOTA; SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE; ASSISTANT DISTRICT ATTORNEYS JANE AND JOHN DOES "1"-"5," KEVIN WARD, JOHN SCOTT PRUDENTI, and CHRISTOPHER NICCOLINO; DETECTIVES/POLICE OFFICERS TOM ICAPELLI, ROBERT AMATO, RAYMOND FELICE and JOHN AND JANE DOES "1"-"5," and THE COUNTY OF SUFFOLK,

                         Defendants.

---

      Exhibit labeled "8", in support of the County Defendants' Motion Pursuant to Rule 56 and 56.1, which was electronically filed on February 5, 2009, and assigned Document Number 36, is being filed in hard copy and will be maintained in the case file in the Clerk's Office.

DATED:      Hauppauge, New York
                 February 5, 2009

                                       CHRISTINE MALAFI
                                       Suffolk County Attorney
                                       *Attorney for Defendants*
                                       100 Veterans Memorial Highway
                                       Hauppauge, New York 11788
                                       (631) 853-4045

                                       _____
                                       Richard T. Dunne/RD-6665
                                       Assistant County Attorney

TO:    Bruce A. Barkett, Esq.
         Attorney for Plaintiff
         Law Offices of Bruce A. Barket, P.C.
         666 Old Country Road, Suite 600
         Garden City, NY 11530