UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DANIEL WIRSHUP,

                          Plaintiff,

  -against-

SUFFOLK COUNTY POLICE DEPARTMENT;
THOMAS J. SPOTA; SUFFOLK COUNTY DISTRICT
ATTORNEY'S OFFICE; ASSISTANT DISTRICT
ATTORNEYS JANE AND JOHN DOES 1-5, KEVIN
WARD, JOHN SCOTT PRUDENTI, and
CHRISTOPHER NICCOLINO; DETECTIVES/POLICE
OFFICERS TOM IACOPELLI, ROBERT AMATO,
RAYMOND FELICE and JOHN AND JANE DOES
1-5, and THE COUNTY OF SUFFOLK,

                          Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 4086 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 22 2009 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on August 28, 2009, granting the defendants' motion for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the defendants' motion for summary judgment is granted.

Dated: Brooklyn, New York
       October 21, 2009

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court